**[61ord06]** [Order of Retention of DIP]

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### DIVISION

In re:                                                              Case No. 6:15−bk−03448−KSJ
                                                                    Chapter 11


Orlando Gateway Partners, LLC
5875 Peachtree Industrial Blvd.
Suite 340
Norcross, GA 30092



_____Debtor(s)_____/

### ORDER OF RETENTION OF DEBTOR−IN−POSSESSION

   It is hereby ORDERED that the above named debtor shall continue in possession of this estate as debtor−in−possession under the applicable provisions of Chapter 11 of the Bankruptcy Code, no trustee having been appointed or qualified.

   DONE AND ORDERED on April 23, 2015 .


_____
Karen S. Jennemann
Chief United States Bankruptcy Judge