UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ORLANDO GATEWAY PARTNERS, LLC,            Case No.: 6:15-bk-03448-KSJ

                                                                            Chapter 11

        Debtor.
_____/

## CASE MANAGEMENT SUMMARY

Orlando Gateway Partners, LLC ("OGP" or the "Debtor"), submits this Case Management Summary pursuant to Local Rule 2081-1(b) and says:

1.     <u>Description of the Debtor's Business.</u>  The Debtor is a Florida Limited Liability Company.  The Debtor owns approximately 47.95 acres of commercial real estate located near the Orlando International Airport on the West side of South Semoran Boulevard and North of the State Road 528/The Beachline Expressway.  The property is comprised of four separate parcels, one parcel (approximately 17 acres) has been partially developed and a portion of it is leased to Sixt Rent-A-Car, LLC.  The second parcel (approximately .14 acres) is rented to Clear Channel Worldwide and contains a billboard.  The remaining two parcels (approximately 10.75 and 20.10 acres respectively) are vacant.

2.     <u>Locations of the Debtor's operations.</u>  The real estate owned by the Debtor is located in the area described above.

3.     <u>Reasons for Filing Chapter 11.</u>  The Debtor and realted entities have been involved in extensive litigation with Good Gateway, LLC, SEG Gateway, LLC and other parties (collectively "The Adverse Parties") since 2009. In October, 2014 separate

judgments were entered in favor of SEG Gateway, LLC and Good Gateway, LLC against various parties, including the Debtor and Nilhan Hospitality, LLC (the Debtor in case no. 6:15-bk-03447-KSJ). The Judgments were timely appealed, but a stay of execution was not obtained. One of the Adverse Parties obtained a writ of execution. The Orange County Sheriff levied on the real property owned by Nilhan Hospitality, LLC and scheduled an execution sale for April 21, 2015. Nilhan Hospitality, LLC filed its case when it did to stop the execution sale. Prior to filing the Nilhan Hospitality, LLC case, a business decision was made to file this case as well, because the two debtors have numerous claims that identical and that need to be resolved and restructured by both debtors. Accordingly, this case was filed so that the Debtror could retain its property and restructure its financial obligations, including the obligations owed to the Adverse Parties.

4. <u>List of officers, directors and insiders and their salaries and benefits at the time of filing and during the 1 year prior to filing</u>. The Manager of the Debtor is Chittranjan Thakkar. Based upon the financial information reviewed by the undersigned, neither Mr. Thakkar nor any other insider received a salary or any other benefits from the Debtor at the time of filing or during the one year period prior to filing.

5. <u>Debtor's Goss Receipts</u>. The undersigned is still reviewing documents relating to the Debtor's gross receipts.

6. <u>Amounts owed to various classes of creditors</u>.

    a. <u>Sales Taxes.</u> The Debtor owes approximately $9,000 to the State of Florida, Department of Revenue for sales tax;

      b.      <u>Secured Creditors and their Respective Collateral</u>.

      i.      <u>Orange County Tax Collector.</u> Scott Randolph, Orange County Tax Collector is owed approximately $201,000 for real estate taxes for 2014. The claim is secured by a first priority, statutory lien against all real estate owned by the Debtor;

      ii.      <u>Nilhan Financial, LLC ("Financial").</u> Financial holds a mortgage on the Debtor's real property and also has a security interest in the rents from the property. Financial is owed approximately $36,000,000. In February, 2015, Financial filed a mortgage foreclosure action in state court in Orange County. The foreclosure action was still pending when this case was filed;

      iii.      <u>BB&T</u>. Branch Banking & Trust Company ("BB&T") holds a mortgage on a portion of the Debtor's real property and also has an security interest in the rents from the property. BB&T is owed approximately $4,000,000;

      iv.      <u>Good Gateway, LLC</u>. Good Gateway, LLC has a claim against the Debtor based upon the judgment entered in its favor for $2,500,000. The claim may be secured based upon the filing of a certified copy of the judgment in the public records of Orange County, Florida at Book 10815, Page 9147. The Debtor disputes the claim. The undersigned is still reviewing the various filings in the state court case and the public records to determine if Good Gateway, LLC' s claim is a secured claim; and

      v.      <u>SEG Gateway, LLC</u>. SEG Gateway, LLC has a claim against the Debtor based upon the judgment entered in its favor for $15,376,435. The

claim may be secured based upon the filing of a certified copy of the judgment in the public records of Orange County, Florida at Book 10815, Page 9151. The Debtor disputes the claim. The undersigned is still reviewing the various filings in the state court case and the public records to determine if SEG Gateway, LLC's claim is a secured claim.

      c.    <u>Unsecured Creditors.</u> The total amount of scheduled unsecured claims is approximately $500,000. This amount does not include any unsecured portion of the secured claims.

    7.    <u>General description and approximate value of the Debtor's current and fixed assets.</u> The Debtor's only fixed assets is the real property refenced above. The following table contains more detailed information, which obtained from the Orange County Property Appraiser relative to the real property:

| Parcel ID | Property Address | DOR Code Description | Just Value | Acres (+/-) |
|---|---|---|---|---|
| 28-23-30-6331-00-010 | 7200 N FRONTAGE RD | VACANT COMMERCIAL | 2,741,250 | 10.75 |
| 28-23-30-6331-00-040 | 7855 N FRONTAGE RD | OFFICE BUILDINGS | 5,342,689 | 17.05 |
| 28-23-30-6332-01-000 | SHADOWRIDGE DR | VACANT COMMERCIAL | 1,053,161 | 20.01 |
| 28-23-30-6332-02-000 | GATEWAY VILLAGE CIR | SIGN SITES | 45,100 | 0.14 |
| | | | **9,182,200** | **47.95** |

    8.    <u>Number of employees and amounts of wages owed as of petition date</u>. None.

9. <u>Status of Debtor's payroll and sales tax obligations, if applicable</u>. The Debtor has no payroll tax obligations. The Debtor owes approximately $8,000.00 in sales taxes.

10. <u>Anticipated emergency relief to be requested</u>:

Motion for Authority to Use Cash Collateral

Motion for Adequate Assurance of Payment for Post Petition Utility Services

Respectfully submitted,

*/s/ Kenneth D. Herron, Jr.*
**Kenneth D. (Chip) Herron, Jr.**
Florida Bar No. 699403
**Wolff, Hill, McFarlin & Herron, P. A.**
1851 W. Colonial Dr.
Orlando, Florida  32804
Telephone:     (407) 648-0058
Fax:             (407) 648-0681
Primary e-mail:    kherron@whmh.com
Secondary e-mail: kmaples@whmh.com

Attorneys for Orlando Gateway Partners, LLC

**Certificate of Service**

I hereby certify that on April 24, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*/s/ Kenneth D. Herron, Jr.*
**Kenneth D. (Chip) Herron, Jr.**