ORDERED.

Dated:  June 02, 2015

*Karen S. Jennemann*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ORLANDO GATEWAY PARTNERS, LLC,

Case No.: 6:15-bk-03448-KSJ
Chapter 11

Debtor.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This case came on for consideration of the motion filed by Orlando Gateway Partners, LLC (the "OGP") for relief from the automatic stay (Doc. No. 25) (the "Motion").  For the reasons stated in the Motion, it is

ORDERED:

1. The Motion is Granted.

2. The automatic stay imposed by 11 U.S.C §362 is modified to permit the following styled appeals pending in the Fifth District Court of Appeal, State of Florida (the "Appeals") to proceed to conclusion:

   a. ORLANDO GATEWAY PARTNERS, LLC, ETC., ET AL., v. SEG GATEWAY, LLC, ETC, ET AL., CASE NO. 5D14-3962; and

   b. CHITTRANJAN K. THAKKAR, AN INDIVIDUAL, ET AL., v. GOOD GATEWAY, LLC, ETC., ET AL., CASE NO. 5D14-3

Attorney, Kenneth D. (Chip) Herron, Jr., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.