B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Orlando Gateway Partners, LLC**
Debtor

Case No. __6:15-bk-03448__

Chapter __11__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 9,184,163.00 | | |
| B - Personal Property | Yes | 3 | 2,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 53,691,437.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 512,779.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| | | Total Assets | 9,186,413.00 | | |
| | | | Total Liabilities | 54,204,216.89 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Orlando Gateway Partners, LLC**
_____,
Debtor

Case No.  **6:15-bk-03448**

Chapter  **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

In re   **Orlando Gateway Partners, LLC**                                                        Case No.   **6:15-bk-03448**
                                           Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | OUC Deposit Account No. 019748815 | - | $2,250.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re   **Orlando Gateway Partners, LLC**                              Case No.   **6:15-bk-03448**
                    Debtor                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Attached as Exhibit 16 is a list of all rents due to the Debtor as of the Petition Date. The rent due from Ari Sushi is subject to a setoff by Ari Sushi for tenant buildout completed by Ari Sushi and not paid for by the Debtor. The rent due from the remaining tenants may have been paid to BB&T under an Order in State Court. | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re  **Orlando Gateway Partners, LLC**                              Case No.  **6:15-bk-03448**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total >　$2,250.00

Orlando Gateway Partners, LLC

A/R as of 4/20/2015

|  | Rent Charges | Operating Expenses | RE Taxes | Sales Tax | Total Due/Comments |
|---|---|---|---|---|---|
| SIXT Rent a Car | $124,999.98 | $1,965.06 |  | $8,252.73 | $135,217.77 Not taking into account BB&T garnishment |

EXHIBIT B 16

B6D (Official Form 6D) (12/07)

In re **Orlando Gateway Partners, LLC**           Case No. **6:15-bk-03448**
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. Branch Banking & Trust Co 171 17th Street Atlanta, GA 30363 | X | N A | | Mortgage Lien<br>Extent of mortgage lien is still being determined<br>VALUE    Not yet determined | | | | $3,613,553.00 | Not yet determined |
| ACCOUNT NO. Good Gateway, LLC 174 W. Comstock Avenue Suite 100 Winter Park, FL 32789 | X | N A | | Potential Judgment Lian and Judgment Lien Certificate<br>All real property owned by Debtor and all personal property subject to execution under Fla. Stat. 56.061<br>VALUE    Not yet determined | | X | | $2,500,000.00 | Not yet determined |

Sheet 1 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.
In re  **Orlando Gateway Partners, LLC**                              Case No.  **6:15-bk-03448**
                            Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nilhan Financial, LLC<br>5875 Peachtree Industrial Bl<br>Suite 340<br>Norcross, GA 30092 | | NA | Mortgage Lien<br><br>Extent of mortgage lien is still being determined<br><br>VALUE   Not yet determined | | | | $32,000,000.00 | Not yet determined |
| ACCOUNT NO.<br><br>Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854 | | NA | 2014 Property Taxes<br><br>Shadowridge Dr., Orlando, Florida 32812<br>Parcel No. 28-23-30-6332-01-000<br>DOR Code Description: Vacant Commercial<br><br>VALUE   $1,053,161.00 | | | | $22,237.76 | $0.00 |
| ACCOUNT NO.<br><br>Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854 | | NA | 2014 Property Taxes<br><br>7855 N. Frontage Road Orlando, Florida 32812<br>Parcel No.28-23-30-6331-00-040<br>DOC Code Description: Office Buildings<br><br>VALUE   $5,344,652.00 | | | | $120,297.39 | $0.00 |

Sheet 2 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Orlando Gateway Partners, LLC**  
Debtor(s)

Case No. **6:15-bk-03448**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Orange County Tax Collector** Attn: Scott Randolph PO Box 545100 Orlando, FL 32854 | | N A | 2014 Property Taxes Statutory Lien<br><br>7200 N. Frontage Road, Orlando, Florida 32812 Parcel No. 28-23-30-6331-00-010 DOR Code Description: Vacant Commercial<br><br>VALUE $2,741,250.00 | | | | $57,888.27 | $0.00 |
| ACCOUNT NO. **Orange County Tax Collector** Attn: Scott Randolph PO Box 545100 Orlando, FL 32854 | | N A | 2014 Property Taxes<br><br>Gateway Village Circle, Orlando, Florida 32812 Parcel No. 28-23-30-6332-02-000 DOR Code Description: Sign Sites<br><br>VALUE $45,100.00 | | | | $1,025.91 | $0.00 |
| ACCOUNT NO. **SEG Gateway, LLC** 174 W. Comstock Avenue Suite 100 Winter Park, FL 32789 | X | N A | Potential Judment Lien and Judgment Lien Certificate<br><br>All real property owned by Debtor and all personal property subject to execution under Fla. Stat. 56.061<br><br>All real property owned by Debtor and all personal property subject to execution under Fla. Stat. 56.061<br><br>VALUE Not yet determined | | | X | $15,376,435.00 | Not yet determined |
| | | | Total(s) (Use only on last page) | | | | $53,691,437.33 | Not yet determined |

Sheet 3 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6H (Official Form 6H) (12/07)

In re  **Orlando Gateway Partners, LLC**  
                    Debtor

Case No.  **6:15-bk-03448**

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Chittranjan Thakkar**<br>17885 Collins Ave.<br>Unit 4001<br>Sunny Isles, FL 33160 | Good Gateway, LLC<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789 |
| **Chittranjan Thakkar**<br>17885 Collins Ave.<br>Unit 4001<br>Sunny Isles, FL 33160 | Branch Banking & Trust Co<br>171 17th Street<br>Atlanta, GA 30363 |
| **NCT Systems, Inc.**<br>17885 Collins Ave.<br>Unit 4001<br>Sunny Isles, FL 33160 | Good Gateway, LLC<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Bloom Sugarman Everett, LLP<br>977 Ponce de Leon<br>Atlanta, GA 30306 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Dickinson & Gibbons<br>Gateway Professional Center<br>410 N. Cattleman Road<br>Suite 30<br>Sarasota, FL 34232 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Greenspoon Marder<br>Trade Center South<br>Suite 700<br>Fort Lauderdale, FL 33309 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | King Blackwell<br>25 East Pine Street<br>Orlando, FL 32802 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Weinstock & Scavo, PC<br>3405 Peidmont Road, NE<br>Atlanta, GA 30315 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Good Gateway, LLC<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789 |
| **Nilhan Hospitality, LLC**<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Branch Banking & Trust Co<br>171 17th Street<br>Atlanta, GA 30363 |

1

_____ continuation sheets attached to Schedule of Codebtors

In re   **Orlando Gateway Partners, LLC**   Case No. **6:15-bk-03448**

Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Nilhan Hospitality, LLC<br>5463 Gateway Village Circle<br>Orlando, FL 32812 | Branch Banking & Trust Co<br>171 17th Street<br>Atlanta, GA 30363 |
| Niloy & Rohan, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | SEG Gateway, LLC<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789 |
| Niloy & Rohan, LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross, GA 30071 | Good Gateway, LLC<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789 |

Sheet **1** of **1** continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Orlando Gateway Partners, LLC**  
Debtor(s)

Case No.  **6:15-bk-03448**  
Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Chittranjan Thakkar, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __11__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **6-8-2015**        Signature  *[signed] CK Thakkar*  
Chittranjan Thakkar  
Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.