UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER    6:15-bk-03448-KSJ |
| Chapter 11 | } | |
| | } | |
| | } | JUDGE    Karen Jennemann |
| | } | |
| | } | |
| DEBTOR   Orlando Gateway Partners, LLC | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM     September 1, 2015     TO     September 30,2015

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

---

Date

Orlando Gateway Partners, LLC
5463 Gateway Village Circle
Orlando, Florida 32812

---

Attorney for Debtor's Signature
**Kenneth Herron, Esquire**
**Wolff, Hill, McFarlin & Herron, P. A.**
1851 W. Colonial Dr.
Orlando, Florida 32804
407-648-0058

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING September 1, 2015 AND ENDING September 30, 2015

Name of Debtor:    Orlando Gateway Partners, LLC                     Case Number:    6:15-bk-03448-KSJ
Date of Petition:         April 20, 2015

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 45,100.70 | (a) | $ - | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | $ 8,732.86 | | $ 122,671.92 | |
| C. Other Receipts (*See MOR-3*) | | | $ 5,568.88 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (*Lines 2A+2B+2C*) | $ 8,732.86 | | $ 128,240.80 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3*) | $ 53,833.56 | | $ 128,240.80 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | | | | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | | |
| E. Insurance | | | $ 373.51 | |
| F. Inventory Payments (*See Attach. 2*) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | $ 240.75 | |
| J. Payroll - Net (*See Attachment 4bA*) | | | | |
| K. Professional Fees (Accounting & Legal) | | | | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | $ 8,681.88 | |
| N. Secured Creditor Payments (*See Attach. 2*) | $ 7,000.00 | | $ 65,265.35 | |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | | | | |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | $ 4,688.79 | | $ 4,688.79 | |
| Q. Taxes Paid - Other (*See Attachment 4C*) | | | | |
| R. Telephone | | | $ 951.87 | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | $ 325.00 | |
| U. Utilities | | | | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (*See MOR-3*) | $0.00 | | $5,568.88 | |
| 6. TOTAL DISBURSEMENTS (*Sum of 5A thru W*) | $ 11,688.79 | | $ 86,096.03 | |
| 7. ENDING BALANCE (*Line 4 Minus Line 6*) (c) | $ 42,144.77 | (c) | $ 42,144.77 | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my best of my knowledge and belief.**
This ___15___ day of ___OCT___, 20_15_

_____  CRO
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transfer from Operating to Tax account at 5th 3rd Bank | | $      50.00 |
| Transfer From Regions Bank to 5th 3rd Bank | | $5,518.88 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $      - | $      5,568.88 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| $      50.00 | Nilhan Financial | Deposit for new DIP acct. | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transfer From Regions Bank to 5th 3rd Bank | $      - | $5,518.88 |
| Transfer from Operating to Tax account at 5th 3rd Bank | $      - | $50.00 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | $0.00 | $5,568.88 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

<u>ATTACHMENT 1</u>

<u>MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING</u>

| | | | |
|---|---|---|---|
| Name of Debtor: | Orlando Gateway Partners, LLC | Case Number: | 6:15-bk-03448-KSJ |
| Reporting Period beginning: | September 1, 2015 | Period ending | September 30, 2015 |

ACCOUNTS RECEIVABLE AT PETITION DATE:    $60,302.59

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 80,425.63 | (a) |
| PLUS: Current Month New Billings | 54,326.32 | |
| MINUS: Collection During the Month | $ (8,732.86) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 126,019.09 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable.
Note: Amount shown is being reviewed due to needing accounting from BB&T related to amounts paid directly to them versus the debtor.

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| | | | | | (c) |

Aging detail unavailable.  As referenced above need detail from BB:&T in order to provide accurate informaiton.

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| See Attached Listing | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

Monthly Rent Roll:

| A/R as of 9/30/15 | RentCharges | Operating Expenses | RE Taxes | Sales Tax | Trash P/U | Total Due |
|---|---|---|---|---|---|---|
| Sixt Rent a Car | $20,833.33 | $327.51 | $21,649.75 | $2,782.69 | | $45,593.28 |
| Clear Channel | $2,509.44 | | | $0.00 | | $2,509.44 |
| | | | | | | |
| Subtotal 8/15 | $23,342.77 | $327.51 | $21,649.75 | $2,782.69 | $0.00 | $48,102.72 |
| The Shilla Spa LLC | $4,375.00 | $414.59 | $1,054.17 | $379.84 | $0.00 | $6,223.60 |
| Total Aug '15 | $27,717.77 | $742.10 | $22,703.92 | $3,162.53 | $0.00 | $54,326.32 |

Note:  while The Shilla Spa is a tenant of Nilhan Hospitality the rent is paid to OGP as the lease agreement shows OGP as the lessor.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor:  Orlando Gateway Partners, LLC    Case Number:    6:15-bk-03448-KSJ

Reporting Period beginning:    September 1, 2015    Period ending:    September 30, 2015

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | SEE ATTACHED | $ 13,732.25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL AMOUNT** | | | | $ 13,732.25 (b) |

☐    Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.

THE PREVIOUS MONTH'S BALANCE WAS AN ESTIMATE FOR BOTH NILHAN HOSPITALITY AND ORLANDO GATEWAY PARTNERS.  THIS BALANCE IS NOW CORRECTED, WHICH REQUIRED THE BEGINNING BALANCE TO BE RESTATED.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $5,414.50 | (a) |
| PLUS: New Indebtedness Incurred This Month | $8,317.75 | |
| MINUS: Amount Paid on Post Petition Accounts Payable This Month | | |
| PLUS/MINUS: Adjustments | | * |
| Ending Month Balance | $   13,732.25 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| Summit Bridge National Investmen | 9/11/15 | $7,000.00 | 0 | $0.00 |
| | | | 0 | $0.00 |
| | | | | |
| | | | | |
| TOTAL | | $7,000.00 (d) | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.

(b, c) The total of line (b) must equal line (c).

(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page  MOR-2, Line 5N).

Orlando Gateway Partners–2015
Vendor Balance Detail
As of September 30, 2015

10/14/15

| | Type | Date | Num | Account | Amount | Balance |
|---|---|---|---|---|---|---|
| Consulting CFO, Inc. | | | | | | 0.00 |
| | Bill | 08/31/15 | 2015–230 | Accounts Payable | 2,414.50 | 2,414.50 |
| | Bill | 09/30/15 | 2015–249 | Accounts Payable | 6,613.75 | 9,028.25 |
| Total Consulting CFO, Inc. | | | | | 9,028.25 | 9,028.25 |
| Dunphy Properties | | | | | | 0.00 |
| | Bill | 05/01/15 | OGP5–9–2 | Accounts Payable | 750.00 | 750.00 |
| | Bill | 06/01/15 | OGP5–9–2 | Accounts Payable | 750.00 | 1,500.00 |
| | Bill | 07/01/15 | OGP5–9–2 | Accounts Payable | 750.00 | 2,250.00 |
| | Bill | 08/01/15 | OGP5–9–2 | Accounts Payable | 750.00 | 3,000.00 |
| | Bill | 09/01/15 | OGP5–9–2 | Accounts Payable | 750.00 | 3,750.00 |
| Total Dunphy Properties | | | | | 3,750.00 | 3,750.00 |
| Vileno Environmental, LLC | | | | | | 0.00 |
| | Bill | 09/01/15 | Inv. 1162ξ | Accounts Payable | 954.00 | 954.00 |
| Total Vileno Environmental, LLC | | | | | 954.00 | 954.00 |
| TOTAL | | | | | 13,732.25 | 13,732.25 |

ATTACHMENT 3

### INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: ___Orlando Gateway Partners, LLC___    Case Number: ___6:15-bk-03448-KSJ___

Reporting Period beginning: ___September 1, 2015___    Period ending: ___September 30,2015___

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE: _____
INVENTORY RECONCILIATION:
Inventory Balance at Beginning of Month _____
PLUS: Inventory Purchased During Month _____ (a)
MINUS: Inventory Used or Sold _____
PLUS/MINUS: Adjustments or Write-downs _____ *
Inventory on Hand at End of Month _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % | = | __100__ %* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month _____ (a)(b)
   MINUS: Depreciation Expense _____
   PLUS: New Purchases _____
   PLUS/MINUS: Adjustments or Write-downs _____ *
Ending Monthly Balance _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:   Orlando Gateway Partners, LLC        Case Number:        6:15-bk-03448-KSJ

Reporting Period beginning:        September 1, 2015     Period ending:        September 30,2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Activity.  A standard bank reconcilliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  5th 3rd Bank                          BRANCH:  Holcomb Bridge Rd., Norcross, GA

ACCOUNT NAME: Orlando Gateway Partners, LLC          ACCOUNT NUMBER:      7975684874

PURPOSE OF ACCOUNT:        Operating

| | |
|---|---|
| Ending Bank Balance per Bank Statement | 22,950.63 |
| Plus Total Amount of Outstanding Deposits | 0 |
| Minus Total Amount of Outstanding Checks and other debits | 271.37 * |
| Minus Service Charges | $0.00 |
| Ending Balance per Check Register | $22,679.26  **(a) |

**\*Debit cards are used by**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
(  ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| | Transferred to Payroll Account |
| $50.00 | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule
   of Receipts and Disbursements (Page MOR-2, Line 7).



### FIFTH THIRD BANK
(GEORGIA)
P.O. BOX 630900 CINCINNATI OH  45263-0900

ORLANDO GATEWAY PARTNERS LLC
6050 PEACHTREE INDUSTRIAL BLVD
NORCROSS GA  30071-1311

Statement Period Date: 9/1/2015 - 9/30/2015
Account Type: 5/3 Bus Elite Ckg
Account Number: 7975684874

Banking Center: Peachtree Corners
Banking Center Phone: 770-416-0141
Business Banking Support: 877-534-2264

0

1227

---

## Account Summary - 7975684874

| 09/01 | Beginning Balance | $18,906.56 | Number of Days in Period | 30 |
|---|---|---|---|---|
| 2 | Checks Withdrawals / Debits | $(4,723.79) | | |
| 3 | Deposits / Credits | $8,767.86 | | |
| 09/30 | Ending Balance | $22,950.63 | | |

---

**Analysis Period: 08/01/15 - 08/31/15**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| **Standard Monthly Service Charge Waived** (see below) | **$0.00** |
| **Service Charge withdrawn on 09/11/15** | **$35.00** |

---

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

**OR** your business has a business loan or line of credit.

**OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **No** |
| Total Combined Monthly Average Balance | $19,594.19 |
| **Business Loan or Line of Credit?** | **No** |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | No |

---

### Withdrawals / Debits
**2 items totaling $4,723.79**

| Date | Amount | Description |
|---|---|---|
| 09/11 | 35.00 | SERVICE CHARGE |
| 09/18 | 4,688.79 | FLA DEPT REVENUE C01 000000015839854 ORLANDO GATEWAY 091815 |

### Deposits / Credits
**3 items totaling $8,767.86**

| Date | Amount | Description |
|---|---|---|
| 09/01 | 2,509.44 | DEPOSIT |
| 09/15 | 6,223.42 | DEPOSIT |
| 09/28 | 35.00 | SERVICE CHARGE REVERSED |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/01 | 21,416.00 | 09/15 | 27,604.42 | 09/28 | 22,950.63 |
| 09/11 | 21,381.00 | 09/18 | 22,915.63 | | |

---

For additional information and account disclosures, please visit www.53.com/businessbanking          Page 1 of 2

# Bank Reconciliation Report

Checking (DIP) - Fifth Third 4874
*Reconcile Date: 9/30/2015*

## Deposits

| Date | Ref # | Details | Amount |
|------|-------|---------|--------|
| 9/1/2015 | D82 | Bank deposit | 2,509.44 |
| 9/15/2015 | D84 | Bank deposit | 6,223.42 |
| | | | **8,732.86** |

## Payments

| Date | Ref # | Details | Amount |
|------|-------|---------|--------|
| 9/18/2015 | | Florida Department of Revene | 4,688.79 |
| | | | **4,688.79** |

## Outstanding Deposits

| Date | Ref # | Details | Amount |
|------|-------|---------|--------|
| 10/1/2015 | D85 | Bank deposit | 2,509.44 |
| | | | **2,509.44** |

## Summary

| | | | |
|---|---|---|---|
| Previous Cleared Balance: | 18,906.56 | Reconciled Balance | 22,950.63 |
| Selected Payments: | 4,688.79 | + Uncleared Deposits | 0.00 |
| Selected Deposits: | 8,732.86 | - Outstanding Checks | 0.00 |
| Reconciled Balance: | 22,950.63 | Register Balance | 22,950.63 |
| Goal: | 22,950.63 | | |
| Difference: | 0.00 | | |

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Orlando Gateway Partners, LLC       Case Number:    6:15-bk-03448-KSJ

Reporting Period beginning:     September 1, 2015    Period ending:       September 30,2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconcilliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Wolff Hill McFarlin & Herron,         BRANCH:  Orlando, Florida

ACCOUNT NAME: Orlando Gateway Partners, LLC         ACCOUNT NUMBER:  Trust Account

PURPOSE OF ACCOUNT:      Trust Account

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | 19,415.51 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | 19,415.51 **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
(  ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____ Transferred to Payroll Account
_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule
   of Receipts and Disbursements (Page MOR-2, Line 7).

Nilhan / OGP
Rent $$$ Held in Trust by WHMH
Through 10/06/2015

Nilhan Hospitality, LLC

| Date | Reference / Check No. | Deposits | Withdrawals | Paid to / Received from | Description / Purpose |
|------|------------------------|----------|-------------|--------------------------|------------------------|
| Orlando Gateway Partners, LLC | | | | | |
| 06/16/15 | | $42,334.18 | $0.00 | Sixt Rent A Car LLC | rent |
| 07/09/15 | | $21,173.34 | $0.00 | Sixt Rent A Car LLC | rent |
| 08/27/15 | | $21,173.34 | $0.00 | Sixt Rent A Car LLC | rent |
| 08/25/15 | wire | $0.00 | $51,265.35 | Key Bank, KCM Payment Clearing Account/SummitBridge | Adequate protection |
| 08/26/15 | wire | $0.00 | $7,000.00 | Summit Bridge National Investments IV | Adequate protection |
| 09/11/15 | wire | $0.00 | $7,000.00 | Key Bank, KCM Payment Clearing Account/SummitBridge | Adequate protection |
| | | $84,680.86 | $65,265.35 | | |

Balance held for OGP    $19,415.51

**ATTACHMENT 5A**

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  Orlando Gateway Partners, LLC          Case Number:          6:15-bk-03448-KSJ

Reporting Period beginning:          September 1, 2015     Period ending:          September 30,2015

NAME OF BANK:          5th 3rd Bank          BRANCH:          Holcomb Bridge Rd., Norcross, GA

ACCOUNT NAME:
          Orlando Gateway Partners, LLC
ACCOUNT NUMBER:          7975684874

PURPOSE OF ACCOUNT:     Operating

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER WIRE | PAYEE | PURPOSE | AMOUNT |
|------|-------------------|-------|---------|--------|
| 9/18/15 | | Florida Dept. of Revenue | Pay August 15 Sales Tax | 4,688.79 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                                 $4,688.79

**ATTACHMENT 5A**

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  Orlando Gateway Partners, LLC          Case Number:     6:15-bk-03448-KSJ

Reporting Period beginning:      September 1, 2015    Period ending:              September 30, 2015

NAME OF BANK:              Wolff Hill McFarlin & Herro BRANCH:          Orlando, Florida

ACCOUNT NAME:
                                        Orlando Gateway Partners, LLC
ACCOUNT NUMBER:      Trust Account

PURPOSE OF ACCOUNT:    Trust Account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE See MOR-5 for payments | AMOUNT 0.00 |
|------|------|------|------|------|
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |
|      |      |      |      |      |

TOTAL                                                                        $0.00

### ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _Orlando Gateway Partners, LLC_    Case Number: _6:15-bk-03448-KSJ_

Reporting Period beginning: _September 1, 2015_ Period ending: _September 30, 2015_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconcilliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____  PAYROLL _____

Ending Balance per Bank Statement                          _____
Plus Total Amount of Outstanding Deposits                  _____
Minus Total Amount of Outstanding Checks and other debits  _____ *
Minus Service Charges                                      _____
Ending Balance per Check Register                          _____ **(a)

**\*Debit cards must not be issued on this account.** _____

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid in Cash:    (  [ ] Check here if cash disbursements were authorized by
                                                      United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this acco |
|------|--------|-------|---------|----------------------------------------|
|      |        |       |         |                                        |
|      |        |       |         |                                        |
|      |        |       |         |                                        |
|      |        |       |         |                                        |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:    Orlando Gateway Partners, LLC     Case Number:    6:15-bk-03448-KSJ

Reporting Period beginning:     September 1, 2015    Period ending:     September 30,2015

NAME OF BANK: _____ BRANCH: _____

ACCOUNT NAME: 

ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:    PAYROLL _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:     Orlando Gateway Partners, LLC     Case Number:     6:15-bk-03448-KSJ

Reporting Period beginning:     September 1, 2015     Period ending:     September 30, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconcilliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:     5th 3rd Bank     BRANCH:     Holcolm Bridge Rd., Norcross, GA

ACCOUNT NAME:     Orlando Gateway Partners, LLC     ACCOUNT NUMBER:     7975969887

PURPOSE OF ACCOUNT:                    TAX

Ending Balance per Bank Statement                                         $50.00
Plus Total Amount of Outstanding Deposits
Minus Total Amount of Outstanding Checks and other debits                          *
Minus Service Charges
Ending Balance per Check Register                                         $50.00  **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:          (   ☐ Check here if cash disbursements were authorized by

United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
|      |        |       |         |                                           |
|      |        |       |         |                                           |
|      |        |       |         |                                           |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

Statement Period Date: 9/1/2015 - 9/30/2015
Account Type: 5/3 Bus Standard Ckg
Account Number: 7975969887

**FIFTH THIRD BANK**
(GEORGIA)
P.O. BOX 630900 CINCINNATI OH  45263-0900

ORLANDO GATEWAY PARTNERS LLC
6050 PEACHTREE INDUSTRIAL BLVD
NORCROSS GA 30071-1311

0

1235

Banking Center: Peachtree Corners
Banking Center Phone: 770-416-0141
Business Banking Support: 877-534-2264

## Account Summary - 7975969887

| | | | | |
|---|---|---|---|---|
| 09/01 | **Beginning Balance** | $50.00 | Number of Days in Period | 30 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| | Deposits / Credits | | | |
| 09/30 | **Ending Balance** | $50.00 | | |

**Analysis Period: 08/01/15 - 08/31/15**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | -$11.00 |
| **Service Charge withdrawn on 09/11/15** | **$0.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts.

**OR** your business spends at least $500 per month on its business credit card.

**Current Relationship Overview:**

| | | |
|---|---|---|
| **Balance Criteria Met?** | | **Yes** |
| Total Combined Monthly Average Balance | | $19,594.19 |
| **Other Criteria Met?** | | **No** |
| $500 Business Credit Card Spend? | | No |

.

# Bank Reconciliation Report

Fifth Third Bank Escrow 9887
*Reconcile Date: 9/30/2015*

| Date | Ref # | Details | Amount |
|------|-------|---------|--------|
|      |       |         | 0.00   |

## Summary

| | | | | |
|---|---|---|---|---|
| Previous Cleared Balance: | 50.00 | | Reconciled Balance | 50.00 |
| Selected Payments: | 0.00 | | + Uncleared Deposits | 0.00 |
| Selected Deposits: | 0.00 | | - Outstanding Checks | 0.00 |
| Reconciled Balance: | 50.00 | | Register Balance | 50.00 |
| Goal: | 50.00 | | | |
| Difference: | 0.00 | | | |

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor:   Orlando Gateway Partners, LLC         Case Number:   6:15-bk-03448-KSJ

Reporting Period beginning:         September 1, 2015    Period ending:         September 30,2015

NAME OF BANK:   5th 3rd Bank                BRANCH:         Holcolm Bridge Rd., Norcross, GA

ACCOUNT NAME:   Orlando Gateway Partners, LLC      ACCOUNT NUMBER:         7975969887

PURPOSE OF ACCOUNT:            TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                                              (d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                                          (a)
Sales * Use Taxes Paid                                                                   (b)
Other Taxes Paid                                                                           (c)
TOTAL                                                                                           (d)

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O)

(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P)

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q)

(d) These two lines must be equal.

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current  Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____ (a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| **TOTAL** | | **(b)** | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)** _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:    Orlando Gateway Partners, LLC    Case Number:    6:15-bk-03448-KSJ

Reporting Period beginning:    September 1, 2015    Period ending:    September 30,2015

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Fl. Dept of Revenue | 5/20/15 | April Sales Tax | $1,375.45 | 5/18/15 | Apr-15 |
| Fl. Dept of Revenue | 6/20/15 | May sales tax | $1,375.45 | 6/10/15 | May-15 |
| Fl. Dept of Revenue | 7/20/15 | June sales tax | $1,375.45 | 7/16/15 | Jun-15 |
| Fl. Dept of Revenue | 8/20/15 | July sales tax | $1,375.45 | 8/19/15 | Jul-15 |
| Fl. Dept of Revenue | 10/20/15 | September sales tax | $0.00 | 9/16/15 | Aug-15 |
| | | | | | |
| | | | | | |
| | | | | | |

| TOTAL | Estimated Amount Due | $5,501.80 |
|---|---|---|

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor:  Orlando Gateway Partners, LLC    Case Number:  6:15-bk-03448-KSJ

Reporting Period beginning:  September 1, 2015    Period ending:  September 30,2015

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Lee F. Murphy Ins. Group | 651-644-7200 | 3602-53-62 | Liability & Property Insurance | 8/22/15 | 8/22/15 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

☐    Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before    FILED SEPTEMBER 18 2015

MOR-16