UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY
PARTNERS, LLC,

Case No. 6:15-bk-03448-KSJ
Chapter 11

Debtor.
_____/

## CERTIFICATE OF SERVICE OF SOLICITATION PACKAGE

I certify that on January 6, 2016 I mailed (i) Debtor's Joint Plan of Reorganization (Doc. 77), (ii) Debtor's Disclosure Statement (Doc. 78), (iii) Joint Amended and Combined Disclosure Statement Pursuant to 11 U.S.C. § 1125 for Joint Amended and Combined Plan of Reorganization for Nilhan Hospitality, LLC and Orlando Gateway Partners, LLC Submitted by Summitbridge National Investments IV LLC, Good Gateway, LLC and SEG Gateway, LLC (Doc. 106), (iv) Joint Amended and Comnines Plan of Reorganization for Nilhan Hospitality, LLC and Orlando Gateway Partners, LLC Submitted Summitbridge National Investments IV LLC, Good Gateway, LLC and SEG Gateway, LLC (Doc. 107), and (v) Ballot and Deadline for Filing Ballot for Accepting or Rejecting Plan of Reorganization to the following:

a. all persons listed on the Court's current attached mailing matrix;

b. Internal Revenue Service, Post Office Box 21126, Philadelphia PA 19114; and

  c. Securities and Exchange Commission, Branch of Reorganization, 175 West Jackson Street, Suite 900, Chicago, Illinois 60604−2601.

         */s/ Kenneth D. Herron, Jr.*
         **Kenneth D. (Chip) Herron, Jr.**
         Florida Bar No. 699403
         **Wolff, Hill, McFarlin & Herron, P. A.**
         1851 W. Colonial Dr.
         Orlando, Florida  32804
         Telephone: (407) 648-0058
         Fax:  (407) 648-0681
         Primary e-mail: kherron@whmh.com
         Secondary e-mail: kmaples@whmh.com

         Attorneys for Orlando Gateway Partners, LLC

```
Label Matrix for local noticing      Branch Banking and Trust Company        Hari Garhwal
113A-6                                c/o Jason A. Rosenthal, Esq.            Garhwal, Chan & Williams
Case 6:15-bk-03448-KSJ                The Rosenthal Law Firm, P.A.            350 California St #1990
Middle District of Florida            4798 New Broad Street                   San Francisco, CA 94104-1498
Orlando                               Suite 310
Wed Jan  6 13:12:53 EST 2016          Orlando, FL 32814-6436

Good Gateway, LLC                     Larry S. Hyman                          Nilhan Fifnancial LLC
c/o R. Scott Shuker                   P.O. Box 18625                          c/o John A Moffa
Latham, Shuker, Eden & Beaudine, LLP  Tampa, FL 33679-8625                    1776 North Pine Island Rd Ste 102
PO Box 3353                                                                   Plantation, FL 33322-5200
Orlando, FL 32802-3353


Orlando Gateway Partners, LLC         Harley Riedel                           SEG Gateway, LLC
5100 Peachtree Industrial Blvd.       Stichter, Riedel, Blain & Postler, P.A. c/o R. Scott Shuker
Norcross, GA 30071-5721               110 E. Madison St., Ste. 200            Latham, Shuker, Eden & Beaudine, LLP
                                      Tampa, FL 33602-4718                    PO Box 3353
                                                                              Orlando, FL 32802-3353


Terry Soifer                          Todd M. Hoepker, PA                     Bloom Sugarman Everett, LLP
2100 Lee Road  Ste F                  PO Box 3311                             977 Ponce de Leon
Winter Park, FL 32789-1862            Orlando, FL 32802-3311                  Atlanta, GA 30306



(p)BB AND T                           Branch Banking & Trust Co               Branch Banking and Trust Company
PO BOX 1847                           171 17th Street                         c/o Jason Rosenthal, Esq.
WILSON NC 27894-1847                  Atlanta GA 30363-1032                   4798 New Broad Street, Suite 310
                                                                              Orlando, FL 32814-6436


Chittranjan (Chuck) Thakkar           Chittranjan Thakkar                     Clear Channel
c/o John A Moffa Esq                  17885 Collins Ave
Moffa Bonacquisti & Breuer PLLC       Unit 4001
1776 N Pine Island Rd Ste 102         Sunny Isles FL 33160-3178
Plantation FL 33322-5200


Dickinson & Gibbons                   Florida Department of Revenue           Good Gateway LLC
Gateway  Professional Center          Bankruptcy Unit                         Mateer Harbert PA
410 N. Cattleman Road                 Post Office Box 6668                    225 E. Robinson St.
Suite 30                              Tallahassee FL 32314-6668               Suite 600, Two Landmark Center
Sarasota, FL 34232                                                            Orlando  FL  32801


Good Gateway, LLC                     Good Gateway, LLC                       Good Gateway, LLC
174 W. Comstock Avenue                c/o Clay M. Townsend                    c/o R. Scott Shuker, Esq
Suite 100                             Morgan & Morgan, PA                     Latham, Shuker, Eden & Beaudine, LLP
Winter Park, FL 32789-4347            20 N. Orange Avenue, Suite 1500         PO Box 3353
                                      Orlando, FL 32801-4624                  Orlando, FL  32802-3353


Greenspoon Marder                     Internal Revenue Service                King Blackwell
Trade Center South                    Post Office Box 7346                    25 East Pine Street
Suite 700                             Philadelphia PA 19101-7346              Orlando, FL 32801-2648
Fort Lauderdale, FL 33309


NCT Systems, Inc                      Nilhan Financial LLC                    Nilhan Financial, LLC
17885 Collins Ave                     c/o John A Moffa                        5875 Peachtree Industrial Bl
Unit 4001                             1776 North Pine Island Rd Ste 102       Suite 340
Sunny Isles FL 33160-3178             Plantation FL 33322-5200                Norcross, GA 30092-3654
```

| | | |
|---|---|---|
| Nilhan Financial, LLC<br>c/o Michael A. Tessitore, Esq.<br>Moran Kidd Lyons & Johnson, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | Nilhan Hospitality LLC<br>5463 Gateway Village Circle<br>Orlando FL 32812-4008 | Nilhan Hospitality LLC<br>6050 Peachtree Industrial Blvd<br>Norcross GA 30071-1311 |
| (p)NILOY & ROHAN LLC<br>6050 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS GA 30071-1311 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 |
| SEG Gateway, LLC<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789-4347 | SEG Gateway, LLC<br>c/o R. Scott Shuker, Esq<br>Latham, Shuker, Eden & Beaudine, LLP<br>PO Box 3353<br>Orlando, FL 32802-3353 | Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2908 |
| Sixt Rent A Car, LLC<br>3900 NW 25th Street<br>Suite 407<br>Miami, FL 33142-6705 | State of Florida<br>Dept of Revenue<br>501 S. Calhoun St<br>Carlton Building, RM 104<br>Tallahassee FL 32399-6548 | SummitBridge National Investments IV LLC<br>c/o Richard A. Robinson, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801-1163 |
| Weinstock & Scavo, PC<br>7 E Congress St Ste 1001<br>Savannah GA 31401-3357 | Mariane L Dorris +<br>Latham Shuker Eden & Beaudine LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Todd M Hoepker +<br>Todd M Hoepker PA<br>PO Box 3311<br>Orlando, FL 32802-3311 |
| Jon E Kane +<br>Mateer & Harbert, P.A.<br>225 E. Robinson Street, 600<br>Orlando, FL 32801-4325 | Harley E Riedel +<br>Stichter Riedel Blain & Postler, P.A.<br>110 East Madison Street<br>Suite 200<br>Tampa, FL 33602-4718 | Jason A Rosenthal +<br>The Rosenthal Law Firm PA<br>4798 New Broad Street<br>Suite 310<br>Orlando, FL 32814-6436 |
| R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Richard A Robinson +<br>Reed Smith LLP<br>1201 Market Street Suite 1500<br>Wilmington, DE 19801-1163 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Kenneth D Herron Jr+<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Kenneth D Herron Jr+<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Clay M Townsend +<br>Morgan & Morgan PA<br>20 North Orange Avenue<br>Orlando, FL 32801-4645 |
| Timothy S Laffredi +<br>Office of the United States Trustee<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2440 | John A. Moffa +<br>Moffa & Bonacquisti, PA<br>1776 N Pine Island Road, Suite #102<br>Plantation, FL 33322-5200 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Branch Banking & Trust              Niloy & Rohan LLC
200 W.  2nd Street                  6050 Peachtree Ind. Blvd.
Winston-Salem  NC  27101            Norcross GA 30071
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann              (u)SummitBridge National Investments IV LLC       (u)Chittranjan Thakkar
Orlando
```

```
End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59
```