**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                     Chapter 11

**ORLANDO GATEWAY PARTNERS, LLC,**                 Case No. 6:15-bk-03448-KSJ

    Debtor.
_____/

**NOTICE OF FILING OF ADDITIONAL DISCLOSURES TO JOINT AMENDED PLAN OF REORGANIZATION FOR NILHAN HOSPITALITY, LLC AND ORLANDO GATEWAY PARTNERS, LLC, SUBMITTED BY SUMMITBRIDGE NATIONAL INVESTMENTS IV LLC, GOOD GATEWAY, LLC AND SEG GATEWAY, LLC**

PLEASE TAKE NOTICE that on December 15, 2015, SummitBridge National Investments IV LLC, Good Gateway, LLC and SEG Gateway, LLC (collectively, the "Plan Proponents") filed a Joint Amended Plan of Reorganization (the "Joint Plan", **DE 107**).

PLEASE TAKE FURTHER NOTICE that the Plan Proponents hereby submit additional disclosures to the Joint Plan concerning the qualifications of the Broker[1] of the Estates who will, to the extend appropriate under the Plan, administer the consummation of the Joint Plan, the conduct of the Sale and make distributions required by the Joint Plan.

PLEASE TAKE FURTHER NOTICE that the Plan Representative shall be compensated at the hourly rate of $350.00 for his services.

**DATED** this 8th day of January 2016.

                                      /s/ R. Scott Shuker
                                      **R. Scott Shuker, Esq.**
                                      Florida Bar No. 0984469
                                      rshuker@lseblaw.com
                                      **LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
                                      111 N. Magnolia Ave., Suite 1400
                                      Orlando, Florida 32801
                                      Tel: 407-481-5800
                                      Fax: 407-481-5801
                                      *Attorneys for SEG Gateway, LLC and Good Gateway, LLC*

---

[1] To the extent not defined herein, capitalized terms shall have the meanings ascribed to them in the Joint Plan.

/s/ Richard A. Robinson
**Richard A. Robinson, Esq.**
Florida Bar No. 41238
rrobinson@reedsmith.com
**REED SMITH LLP**
1201 North Market Street, Suite 1500
Wilmington, Delaware 19801
*Attorney for SummitBridge National Investments IV LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on January 8th, 2016, and that a copy will be furnished via U.S. Regular Mail to Debtor's Attorney, Kenneth D. Herron, Jr., 1851 W. Colonial Drive, Orlando, FL 32804 and Trustee, United States Trustee – ORL, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 and all creditors and parties-in-interest in this case.

By: /s/ R. Scott Shuker
R. Scott Shuker

# HFF  PROFESSIONAL PROFILE

**H. Bradley Peterson**
Senior Managing Director



300 South Orange Avenue
Suite 1250
Orlando, FL 32801

T: (407) 745-3910
F: (407) 745-3935
bpeterson@hfflp.com

## Specialty

- Retail Investment Sales

## Career Summary

Mr. Peterson is a Senior Managing Director and head of the Orlando office of HFF with more than 17 years of commercial real estate experience. He is primarily responsible for originating retail investment sale transactions throughout the southeastern United States. Mr. Peterson is consistently recognized by the Central Florida Commercial Association of Realtors, NAIOP and CoStar as the Top Retail Investment Sales Broker in Central Florida. Mr. Peterson has been involved with the sale of 191 shopping centers totaling 27 million square feet with an aggregate value of more than $3.25 billion.

Prior to joining HFF in May 2008, Mr. Peterson was with The Staubach Company in Orlando, Trammell Crow Company in Atlanta, and West LB and Price Waterhouse, LLP in New York City

## Representative Assignments

| PROPERTY | LOCATION | TYPE | VALUE |
|---|---|---|---|
| The Loop | Kissimmee, FL | Investment Sale | $116,870,000 |
| Crossroads at Lake Buena Vista | Orlando, FL | Investment Sale | $57,050,000 |
| Millenia Plaza | Orlando, FL | Investment Sale | $55,000,000 |
| Loop West | Kissimmee, FL | Investment Sale | $52,000,000 |
| Piedmont Peachtree Crossing | Atlanta, GA | Investment Sale | $47,950,000 |
| Palm Coast Landing | Palm Coast, FL | Investment Sale | $40,350,000 |
| Colonial Landing | Orlando, FL | Investment Sale | $37,300,000 |
| Riverplace Shopping Center | Jacksonville, FL | Investment Sale | $35,559,673 |
| Cross Country Plaza | West Palm Beach, FL | Investment Sale | $35,000,000 |
| Cordova Commons (Portfolio) | Pensacola, FL | Investment Sale | $33,685,000 |
| Shoppes at Paradise Isle | Destin, FL | Investment Sale | $32,800,000 |
| Rialto | Orlando, FL | Investment Sale | $32,450,000 |
| Volusia Square | Daytona Beach, FL | Investment Sale | $31,000,000 |
| Van Dyke Commons | Lutz (Tampa, FL) | Investment Sale | $30,009,166 |
| Cypress Point Shopping Center | Clearwater, FL | Investment Sale | $25,500,000 |
| Volusia Marketplace | Daytona Beach, FL | Investment Sale | $25,500,000 |
| Santa Rosa Commons | Pensacola, FL | Investment Sale | $25,450,000 |
| Rosewick Crossing | N. Ft Myers, FL | Investment Sale | $25,000,000 |
| Merchants Crossing | North Ft. Myers, FL | Investment Sale | $21,800,000 |
| Mission Hills Shopping Center | Naples, FL | Investment Sale | $21,400,000 |
| Shady Oaks | Ocala, FL | Investment Sale | $20,100,000 |
| Pablo Plaza | Jacksonville Beach, FL | Investment Sale | $19,337,750 |

### Professional Affiliations

- (ICSC) International Council of Shopping Centers
  - 2015-2016 Florida State Director
  - 2012 State Of Florida Officer – Programs Chair
  - 2010 Florida Conference Chair

### Professional Designations

- Licensed Real Estate Broker – States of Florida and Alabama
- Licensed Real Estate Salesperson – State of Georgia
- Certified Public Accountant

### Education

- MBA, Emory University, Atlanta, Georgia
- BS, Lehigh University, Bethlehem, Pennsylvania

Go to Press Releases (/media-center/press-releases.aspx)

HFF closes $21.07 million sale of Orlando community shopping center

**ORLANDO, FL – October 6, 2015 –** Holliday Fenoglio Fowler, L.P. (HFF) announced today that it has closed the $21.07 million sale of Southchase Village, a 229,410-square-foot, grocery-anchored community shopping center in Orlando, Florida.

HFF arranged the sale on behalf of the seller, Equus Capital Partners, Ltd.  Viking Partners, LLC purchased the asset free and clear of existing debt.

Southchase Village is anchored by ALDI, Bealls Outlet, Ross Dress for Less, Fallas Paredes, Planet Fitness, Tuesday Morning, and a seven-screen Touchstar Cinemas.  Located at 12381 South Orange Blossom Trail (U.S. 441), Southchase Village is at the 14-lane signalized intersection of U.S. 441 and Wetherbee Road with combined traffic counts of more than 70,500 vehicles per day.  The center is situated in one of Orlando's highest growth submarkets with close proximity to the area's largest employers, including the Orange County Convention Center, Darden Restaurants and Tupperware Brands.

The HFF investment sales team representing the seller was led senior managing director Brad Peterson and associate director Whitaker Leonhardt.

"The Orlando shopping center environment continues to see improvements in fundamentals and attracts a wide variety of investors," Leonhardt said.  "Southchase Village is a great example of investor interest in value-add opportunities in Orlando, evidenced by the fact that HFF was able to

generate more than 20 offers on this shopping center. The combination of high traffic counts, strong tenant mix and explosive residential and employment growth helped facilitate a successful transaction for all parties."

**About Equus Capital Partners, Ltd.**

Equus Capital Partners, Ltd. (Equus) is one of the nation's leading private equity real estate fund managers. Equus' portfolio consists of over 24 million square feet of office, retail and industrial properties and nearly 14,000 apartment units in 56 multi-family communities located throughout the United States. The firm is headquartered in the Philadelphia area, with a principal office in Yardley, Pennsylvania, and with offices in Philadelphia, Los Angeles, Chicago, Washington, D.C., Boston, Atlanta and Raleigh-Durham. For additional information, please visit the company's website at www.equuspartners.com (http://www.equuspartners.com).

**About Viking Partners, LLC**

Viking Partners, LLC is a private equity real estate investment firm focused on the acquisition, turnaround and disposition of value-add real estate and real estate related assets in the Midwest and Southeast United States. Since 1991, the principals of Viking Partners have invested in more than 100 commercial real estate projects totaling over four million square feet and valued at more than $500 million. Viking Partners is currently seeking acquisition opportunities in the Midwest and Southeast with a transaction range of $2 million to $50 million. For more information, visit www.vikingpartnersllc.com (http://www.vikingpartnersllc.com). To connect with Viking Partners via LinkedIn, visit www.linkedin.com/company/viking-partners-llc (http://www.linkedin.com/company/viking-partners-llc).

**About HFF**

HFF and HFFS (HFF Securities L.P.) are owned by HFF, Inc. (NYSE: HF). HFF operates out of 22 offices nationwide and is a leading provider of commercial real estate and capital markets services to the U.S. commercial real estate industry. HFF together with its affiliate HFFS offer clients a fully integrated national capital markets platform including debt placement, investment sales, equity

placement, advisory services, loan sales and commercial loan servicing. For more information please visit hfflp.com (htttps://www.hfflp.com) or follow HFF on Twitter @HFF (https://twitter.com/hff).

**CONTACTS:**

**BRAD PETERSON**

HFF Senior Managing Director

(407) 745-3900

bpeterson@hfflp.com (mailto:bpeterson@hfflp.com)

**WHITAKER LEONHARDT**

HFF Associate Director

(407) 745-3900

wleonhardt@hfflp.com (mailto:wleonhardt@hfflp.com)

**KRISTEN MURPHY**

HFF Associate Director, Marketing

(617) 338-0990

krmurphy@hfflp.com (mailto:krmurphy@hfflp.com)



SITE MAP (/SITEMAP.ASPX)

PRIVACY POLICY (/PRIVACY-POLICY.ASPX)

HFF SECURITIES
(HTTPS://WWW.HFFSECURITIES.COM/)

EMPLOYEE LOGIN
(HTTPS://VPN.HFFLP.COM/+CSCOE+/LOGON.HTML)

Label Matrix for local noticing
113A-6
Case 6:15-bk-03448-KSJ
Middle District of Florida
Orlando
Wed Dec 16 09:32:45 EST 2015

Good Gateway, LLC
c/o R. Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Orlando Gateway Partners, LLC
5100 Peachtree Industrial Blvd.
Norcross, GA 30071-5721

Todd M. Hoepker, PA
PO Box 3311
Orlando, FL 32802-3311

Branch Banking & Trust Co
171 17th Street
Atlanta GA 30363-1032

Chittranjan Thakkar
17885 Collins Ave
Unit 4001
Sunny Isles FL 33160-3178

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Good Gateway, LLC
c/o Clay M. Townsend
Morgan & Morgan, PA
20 N. Orange Avenue, Suite 1500
Orlando, FL 32801-4624

Internal Revenue Service -
Post Office Box 7346
Philadelphia PA 19101-7346

Nilhan Financial, LLC
5875 Peachtree Industrial Bl
Suite 340
Norcross, GA 30092-3654

Branch Banking and Trust Company
c/o Jason A. Rosenthal, Esq.
The Rosenthal Law Firm, P.A.
4798 New Broad Street
Suite 310
Orlando, FL 32814-6436

Larry S. Hyman
P.O. Box 18625
Tampa, FL 33679-8625

SEG Gateway, LLC
c/o R. Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Bloom Sugarman Everett, LLP
977 Ponce de Leon
Atlanta, GA 30306

Branch Banking and Trust Company
c/o Jason Rosenthal, Esq.
4798 New Broad Street, Suite 310
Orlando, FL 32814-6436

Clear Channel

Good Gateway LLC
Mateer Harbert PA
225 E. Robinson St.
Suite 600, Two Landmark Center
Orlando FL 32801

Good Gateway, LLC -
c/o R. Scott Shuker, Esq
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

King Blackwell
25 East Pine Street
Orlando, FL 32801-2648

Nilhan Financial, LLC
c/o Michael A. Tessitore, Esq.
Moran Kidd Lyons & Johnson, P.A.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

Hari Garhwal
Garhwal, Chan & Williams
350 California St #1990
San Francisco, CA 94104-1498

Nilhan Financial, LLC
c/o Moran Kidd Lyons & Johnson, P.A.
Michael A. Tessitore, Esq.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

Terry Soifer
2100 Lee Road  Ste F
Winter Park, FL 32789-1862

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Chittranjan (Chuck) Thakkar
c/o John A Moffa Esq
Moffa Bonacquisti & Breuer PLLC
1776 N Pine Island Rd Ste 102
Plantation FL 33322-5200

Dickinson & Gibbons
Gateway Professional Center
410 N. Cattleman Road
Suite 30
Sarasota, FL 34232

Good Gateway, LLC
174 W. Comstock Avenue
Suite 100
Winter Park, FL 32789-4347

Greenspoon Marder
Trade Center South
Suite 700
Fort Lauderdale, FL 33309

NCT Systems, Inc
17885 Collins Ave
Unit 4001
Sunny Isles FL 33160-3178

Nilhan Hospitality LLC
5463 Gateway Village Circle
Orlando FL 32812-4008

| | | |
|---|---|---|
| Nilhan Hospitality LLC<br>6050 Peachtree Industrial Blvd<br>Norcross GA 30071-1311 | (p)NILOY & ROHAN LLC<br>6050 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS GA 30071-1311 | Orange County Tax Collector -<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 | SEG Gateway, LLC -<br>174 W. Comstock Avenue<br>Suite 100<br>Winter Park, FL 32789-4347 | SEG Gateway, LLC -<br>c/o R. Scott Shuker, Esq<br>Latham, Shuker, Eden & Beaudine, LLP<br>PO Box 3353<br>Orlando, FL 32802-3353 |
| Securities Exchange Commission<br>175 West Jackson Street<br>Suite 900<br>Chicago IL 60604-2908 | Sixt Rent A Car, LLC<br>3900 NW 25th Street<br>Suite 407<br>Miami, FL 33142-6705 | State of Florida<br>Dept of Revenue<br>501 S. Calhoun St<br>Carlton Building, RM 104<br>Tallahassee FL 32399-6548 |
| SummitBridge National Investments IV LLC<br>c/o Richard A. Robinson, Esq.<br>Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801-1163 | Weinstock & Scavo, PC<br>7 E Congress St Ste 1001<br>Savannah GA 31401-3357 | Mariane L Dorris +<br>Latham Shuker Eden & Beaudine LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 |
| Todd M Hoepker +<br>Todd M Hoepker PA<br>PO Box 3311<br>Orlando, FL 32802-3311 | Jon E Kane +<br>Mateer & Harbert, P.A.<br>225 E. Robinson Street, 600<br>Orlando, FL 32801-4325 | Jason A Rosenthal +<br>The Rosenthal Law Firm PA<br>4798 New Broad Street<br>Suite 310<br>Orlando, FL 32814-6436 |
| R Scott Shuker +<br>Latham Shuker Eden & Beaudine LLP<br>Post Office Box 3353<br>Orlando, FL 32802-3353 | Michael A Tessitore +<br>Moran Kidd Lyons Johnson & Berkson PA<br>111 N. Orange Avenue<br>Suite 900<br>Orlando, FL 32801-2307 | Richard A Robinson +<br>Reed Smith LLP<br>1201 Market Street Suite 1500<br>Wilmington, DE 19801-1163 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Kenneth D Herron Jr +<br>Wolff Hill McFarlin & Herron PA<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 | Kenneth D Herron Jr +<br>1851 West Colonial Drive<br>Orlando, FL 32804-7013 |
| Clay M Townsend +<br>Morgan & Morgan PA<br>20 North Orange Avenue<br>Orlando, FL 32801-4645 | Timothy S Laffredi +<br>Office of the United States Trustee<br>400 W. Washington St., Suite 1100<br>Orlando, FL 32801-2440 | John A. Moffa +<br>Moffa & Bonacquisti, PA<br>1776 N Pine Island Road, Suite #102<br>Plantation, FL 33322-5200 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Branch Banking & Trust<br>200 W. 2nd Street<br>Winston-Salem NC 27101 | Niloy & Rohan LLC<br>6050 Peachtree Ind. Blvd.<br>Norcross GA 30071 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

(u)SummitBridge National Investments IV LLC

(u)Chittranjan Thakkar

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
----------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    53
Bypassed recipients     4
Total                  57