

February 5, 2016

***Via Electronic Delivery***
Nilhan Hospitality, LLC
Orlando Gateway Partners, LLC
Mr. Chittranjan (Chuck) Thakkar, Manager
17885 Collins ave # 4001
Sunny lsles , Fl 33160

      Re:      Loan Facility $5,600,000

Dear Mr. Thakkar:

      This letter is confirmation that Bay Point Capital Partners, LP, a Delaware limited partnership (hereinafter "***Lender***") is prepared to extend up to $5,300,000 of credit to Nilhan Hospitality, LLC and Orlando Gateway Partners, LLC (or certain of its affiliates) (collectively, hereinafter "***Borrower***") pursuant to a term sheet signed between the parties.  Although this letter indicates Lender's willingness to extend a loan facility of up to $5,600,000 and up to $2,000,000 in additional development dollars to maximize the asset, it does not cover all terms and conditions under which Lender contemplates any credit to be extended, this does not constitute a final commitment to extend credit, whether on the terms set forth in the term sheet or otherwise, until definitive agreements are prepared and executed by the parties.

      Lender is pleased to have been given the opportunity to assist you in connection with this important financing and bring our experience and expertise to bear on this transaction.  Lender has the liquidity available to close and fund the full loan amount by February 9, 2016.  In order to accommodate your request to have the loan closed and funded by February 9, 2016, the Borrower and Lender must reach full agreement on the proposed detailed terms and conditions on or before 5:00PM EST, February 6, 2016. Furthermore, in order to accommodate your timeline request, it will be necessary to engage the services of a law firm. The engagement of a law firm shall also not constitute a final loan commitment by Lender to the Borrower and/or any other interested party, but will be done as a mere accommodation.  Mr. Thakkar acknowledges and agrees that all costs incurred with the engagement of the law firm will be paid by Mr. Thakkar, individually, regardless if the loan request is finally approved or not.

      Should you wish to discuss the foregoing in greater details, please do not hesitate to contact me.

      Very truly yours,

      **BAY POINT CAPITAL PARTNERS, LP**

      By:  Bay Point Advisors, LLC, its General Partner

      By: Charles Andros /s/
      Charles Andros, its Manager