UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY PARTNERS, LLC,          Case No. 6:15-bk-03448-KSJ
                                        Chapter 11
         Debtor.
_____/

## BALLOT TABULATION

Date prepared:          February 2, 2016

Prepared by:            Kenneth D, Herron, Jr., Esq.

Filed with respect to:  Plan (Doc. 77)

| SUMMARY OF VOTE BY CLASSES OF CLAIMS AND INTERESTS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Impaired/ Unimpaired I/U | Total Voting | | Acceptances | | Percentages | | Requisite Vote Y/N | Plan Preference Debtor "D" or Creditor "C" |
| Class | Description/ Name of Creditor | | No. | Amount | No. | Amount | No. | Amount | | |
| 1 | Nilhan Financial | | 1 | 21,000,000.00 (secured) | 1 | 21,000,000.00 (secured) | | | Y | D |
| 3 | SEG | | 1 | 27,000,00,000 | | | | | N | C |
| 4 | Good Gateway | | 1 | 27,500,000.00 | | | | | N | C |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Orange County Tax Collector 2014 | | 1 | 224,909.39 | | | | N | C |
| 6 | Orange County Tax Collector 2015 | | 1 | 189,972.96 | | | | N | C |
| 10 | Nilhan Financial | | 1 | 21,000,000.00 | 1 | 21,000,000.00 | | Y | D |
| 11 | Equity in the Debtors | | 2 | | | | 100% | Y | D |

**CERTIFICATE OF SERVICE**

  I certify that on February 9, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

         */s/Malinda L. Hayes*
         MALINDA L. HAYES
         Florida Bar No. 0073503
         Markarian Frank White-Boyd & Hayes
         2925 PGA Blvd., Suite 204
         Palm Beach Gardens, FL 33410
         malinda@businessmindedlawfirm.com
         Phone: 1-(561)-626-4700
         Fax: 1-(561)-627-9479