[61ord01a] [Conversion Order – Chapter 11 to Chapter 7]

ORDERED.

Dated: February 10, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:15−bk−03448−KSJ
                                                                                        Chapter 11
Orlando Gateway Partners, LLC

_____Debtor*_____/

ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7

   THIS CASE came on for hearing on February 10, 2016, on a motion to convert filed by debtor, Document No. ("160). The Court granted the motion, determining that conversion is in the best interest of the creditors and the estate. Accordingly it is

The debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code on ("Enter date"). The debtor has now filed a motion to convert this case to a case under Chapter 7 of the Bankruptcy Code, Document No. ("Enter the document number of the motion/notice to convert"). The court finds that the debtor is entitled to the relief sought pursuant to 11 U.S.C. Section 1112 (a). Accordingly it is

   ORDERED:

   1. Pursuant to 11 U.S.C. § 1112, this case is converted to Chapter 7 of the Bankruptcy Code.

   2. Any and all authorizations previously given to the debtor−in−possession by statute, rule, or order to operate or manage its business and property, to use property of the estate for personal purposes, and to fix and pay compensation for post−petition services performed by the debtor in the business are rescinded.

   3. All applications for administrative fees and expenses for parties other than the trustee must be filed on or before March 16, 2016 .

4. The debtor–in–possession in the superseded Chapter 11 case shall file on or before March 16, 2016 , a full report and account including a current inventory and a separate schedule listing all unpaid debts incurred after the commencement of the Chapter 11 case.

5. The debtor–in–possession in accordance with Fed. R. Bankr. P.1019(5) shall file a schedule of all properties acquired after the commencement of the Chapter 11 case, but before the entry of the order of confirmation (if applicable); a schedule of debts occurred after confirmation but before the entry of the order of conversion (if applicable); and a schedule of all executory contracts entered into or assumed after the commencement of the Chapter 11 case, but before the entry of this conversion order.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.