**[631not01]** [NOTICE OF CONVERSION OF CASE TO CHAPTER 7]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:15−bk−03448−KSJ
Chapter 7

Orlando Gateway Partners, LLC
5100 Peachtree Industrial Blvd.
Norcross, GA 30071

_____Debtor(s)_____/

NOTICE OF CONVERSION OF CASE
FROM CHAPTER 11 TO CHAPTER 7

   NOTICE IS GIVEN OF THE FOLLOWING:

   1. Any creditors committee is dissolved.

   2. The United States Trustee has scheduled an additional meeting of creditors pursuant to 11 U.S.C. §341, for March 16, 2016 , at 09:30 AM , in the George C. Young Courthouse, Suite 1203−B, 400 West Washington Street, Orlando, FL 32801, at which the debtor and the attorney of record shall appear in person. The meeting of creditors may be adjourned from time to time without further written notice.

   3. The United States Trustee has appointed the following as the new Trustee:

   Emerson C Noble
   Post Office Box 622798
   Oviedo, FL 32762−2798

   4. Any creditor who previously filed a proof of claim is not required to file a proof of claim in the converted Chapter 7 case. All other creditors must file a proof of claim on or before June 14, 2016 .

5. In the matter of abandonment or disposition of encumbered property, wherein the value of the lien exceeds the worth of the property, written notice by the Court will be given only to parties in interest.

DATED on February 10, 2016

                                          FOR THE COURT
                                          Lee Ann Bennett, Clerk of Court

                                          George C. Young Federal Courthouse
                                          400 West Washington Street
                                          Suite 5100
                                          Orlando, FL 32801

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office and the U.S. Trustee's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code Section 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be filed online at the Court's website at www.flmb.uscourts.gov, or obtained at www.uscourts.gov or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Foreign Creditor: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch−tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1−866−879−1286. |