ORDERED.

Dated: February 18, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY PARTNERS, LLC

Case No. 6:15-BK-03448-KSJ
Chapter 11

_____Debtor._____/

**ORDER DENYING JOINT EMERGENCY MOTION TO APPROVE SECURED, POST-PETITION FINANCING TO PAYOFF SUMMITBRIDGE NATIONAL INVESTMENT IV, LLC ("SBNI") AND FOR EQUITABLE SUBROGATION OF NEW LENDER IN PLACE OF SBNI'S POSITION**

THIS CAUSE came before the court on February 10, 2016 at 9:00 a.m. upon the Debtor's Joint Emergency Motion to Approve Secured, Post-Petition Financing to Payoff Summitbridge National Investment IV, LLC ("SBNI") and for Equitable Subrogation of New Lender in Place of SBNI's Position [ECF#143] filed by Orlando Gateway Partners, LLC as Debtor-in-Possession, and the Court being fully advised in the premises,

ORDERS AND ADJUDGES that

Debtor's Joint Emergency Motion to Approve Secured, Post-Petition Financing to Payoff Summitbridge National Investment IV, LLC ("SBNI") and for Equitable Subrogation of New Lender in Place of SBNI's Position [ECF#143] is DENIED.

###

MALINDA L. HAYES, ESQ.
Florida Bar No. 0073503
Markarian Frank White-Boyd & Hayes
2925 PGA Blvd., #204
Palm Beach Gardens, FL  33410
(561) 626-4700
(561) 627-9479-fax


Attorney Malinda L. Hayes is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.