ORDERED.

Dated:  February 19, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY PARTNERS, LLC

    Debtor.                    /

Case No. 6:15-BK-03448-KSJ
Chapter 11

### ORDER DENYING CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION AND FINAL APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT

THIS CAUSE came before the court on February 10, 2016 at 9:00 a.m. upon the Debtor's Plan of Reorganization [ECF#77] and Disclosure Statement [ECF#78] filed by Orlando Gateway Partners, LLC as Debtor-in-Possession, and the Court being fully advised in the premises,

ORDERS AND ADJUDGES that

Confirmation of the Debtor's Plan of Reorganization [ECF#77] and Disclosure Statement [ECF#78] is DENIED.

###

MALINDA L. HAYES, ESQ.
Florida Bar No. 0073503
Markarian Frank White-Boyd & Hayes
2925 PGA Blvd., #204
Palm Beach Gardens, FL  33410
(561) 626-4700

(561) 627-9479-fax

Attorney Malinda L. Hayes is directed to serve a conformed copy of this order on all interested parties and to file a Certificate of Service with the Court.