**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY PARTNERS, LLC

Case No. 6:15-bk-03448-KSJ
Chapter 7

_____Debtor._____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **ORDER DENYING DEBTOR'S EMERGENCY MOTION TO CONTINUE CONFIRMATION HEARINGS [ECF#178], ORDER DENYING JOINT EMERGENCY MOTION TO APPROVE SECURED, POSTPETITION FINANCING TO PAYOFF SUMMITBRIDGE NATIONAL INVESTMENT IV, LLC ("SBNI") AND FOR EQUITABLE SUBROGATION OF NEW LENDER IN PLACE OF SBNI'S POSITION [ECF#179], FOURTH ORDER GRANTING DEBTOR'S MOTION TO USE CASH COLLATERAL [ECF#180]**, **ORDER GRANTING JOINT EMERGENCY MOTION TO SUBSTITUTE COUNSEL FOR ORLANDO GATEWAY PARTNERS, LLC [ECF#181]** and **ORDER DENYING CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION AND FINAL APPROVAL OF THE DEBTOR'S DISCLOSURE STATEMENT [ECF#186]** were served on February 19, 2016: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case, and/or (ii) via First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List and mailing matrix, as applicable.

                                                MARKARIAN FRANK WHITE-BOYD & HAYES
                                                Attorneys for Debtor
                                                2925 PGA Blvd., #204
                                                Palm Beach Gardens, FL   33410
                                                (561) 626-4700
                                                (561) 627-9479-fax

By:    */s/Malinda L. Hayes*
MALINDA L. HAYES, ESQUIRE
Florida Bar No. 0073503

**Notice provided by Electronic Mail to:**

- Jules S Cohen    jules.cohen@akerman.com, jann.austin@akerman.com
- Mariane L Dorris    bknotice@lseblaw.com, mdorris@lseblaw.com;mniquette@lseblaw.com
- Malinda Hayes    malinda@fwbpa.com, mlhbnk@gmail.com
- Kenneth D Herron    kherron@whmh.com, docketalarm-ecf-flmb-4975278462074880@docketupdate.appspotmail.com;kmaples@whmh.com;cbunch@whmh.com
- Todd M Hoepker    toddhoepker@hoepkerlaw.com
- Jon E Kane    jkane@mateerharbert.com, aplayer@mateerharbert.com
- Timothy S Laffredi    timothy.s.laffredi@usdoj.gov
- Esther A McKean    esther.mckean@akerman.com
- Keith R Mitnik    kmitnik@forthepeople.com
- John A. Moffa    John@moffa.law, atty_ellison@trustesolutions.com;allusers@moffa.law;ecf@moffa.law
- Emerson C Noble    nemerson@epiqtrustee.com, enoble@ecf.epiqsystems.com
- Harley E Riedel    hriedel.ecf@srbp.com, srbpecf@srbp.com
- Richard A Robinson    rrobinson@reedsmith.com
- Jason A Rosenthal    jason@therosenthallaw.com, jmorando@therosenthallaw.com
- R Scott Shuker    bknotice@lseblaw.com, rshuker@lseblaw.com;jocasio@lseblaw.com
- Gregory D Snell    gsnell@foley.com, jmiller@foley.com
- Clay M Townsend    ctownsend@forthepeople.com, iwolfgramm@forthepeople.com
- United States Trustee - ORL    USTP.Region21.OR.ECF@usdoj.gov
- 

**Notice provided by U.S. Mail to:**

Orlando Gateway Partners, LLC
5100 Peachtree Industrial Blvd.
Norcross, GA 30071

Hari Garhwal
Garhwal, Chan & Williams
350 California St #1990
San Francisco, CA 94104

Larry S. Hyman
P.O. Box 18625
Tampa, FL 33679

Terry Soifer
2100 Lee Road Ste F
Winter Park, FL 32789

All creditors and interested parties of on this Court's mailing matrix/list of creditors as attached hereto.

\\Fwbpa\Data\WPDOCS\Client Matters\Orlando Gateway Partners\Pleadings\Certificate Of Service.ORDER.178,179,180,181.Docx