ORDERED.

Dated: March 08, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

ORLANDO GATEWAY PARTNERS, LLC,          Case No. 6:15-bk-03448-KSJ
                                        Chapter 7

      Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORIZATION
TO OPERATE BUSINESS AND GRANTING, ON AN INTERIM BASIS, THE USE OF
CASH COLLATERAL**

This case came on for hearing on February 19, 2016 on the Trustee's Motion for Authorization to Operate Business (Doc. 173) (the "Motion") filed by Emerson C. Noble, Chapter 7 trustee. Having reviewed the Motion, it is

**ORDERED:**

1.    The Motion is Granted to the extent set forth herein.

2.    The Trustee is authorized to operate the business of the debtor.

{37688689;2}

3. <u>Cash Collateral Authorization</u>.  Subject to the provisions of this Order, the Trustee is authorized to use cash collateral to pay:  (a) amounts expressly authorized by this Court,  (b) the current and necessary expenses set forth in the budget attached as Exhibit A; and (c) such amounts as may be expressly approved in writing by SummitBridge Nationals Investments IV LLC ("SummitBridge").  This authorization will continue until the earlier of March 28, 2016 or further order of the Court.  Except as authorized in this order, the Trustee is prohibited from use of cash collateral.

4. <u>Access to Records and Premises</u>.  Upon reasonable notice, and provided that it does not unreasonably interfere with the business, the Trustee shall grant to SummitBridge access to Debtor's business records and premises for inspection.

5. <u>Replacement Lien</u>.  SummitBridge and each creditor with a security interest in cash collateral (collectively, the "Secured Creditors") shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as the prepetition lien, without the need to file or execute any document as may otherwise be required under applicable non-bankruptcy law.

6. <u>Insurance</u>.  The Trustee shall maintain insurance coverage for its property in accordance with the obligations under the loan and security documents with the Secured Creditors.

7. <u>Without Prejudice</u>.  This Order is without prejudice to:  (a) any subsequent request by a party in interest for modified adequate protection or restrictions on use of cash collateral; or (b) any other right or remedy which may be available to the Secured Creditors.  SummitBridge asserts that the rents collected by the Debtor do not constitute cash collateral in this case and are not property of the above-captioned bankruptcy estate.  Nothing in this Order

shall be considered or otherwise construed as a finding that the rents or any other property constitute cash collateral or property of the above-captioned bankruptcy estate. The entry of this Order and the terms of this Order are without prejudice to SummitBridge's position that the rents do not constitute cash collateral or property of the Debtor's bankruptcy estate.

8. <u>Enforcement</u>. The Court shall retain jurisdiction to enforce the terms of this Order.

9. <u>Other Non-Standard Terms or Conditions.</u>

    a. <u>Term of Order</u>. The Trustee's authority to use cash collateral as provided herein shall terminate on March 28, 2016.

    b. **Continued Hearing**. The Court shall conduct a non-evidentiary status conference of the Motion and any objections on March 28, 2016 at 3:00 pm in Courtroom 6A, 6th Floor, George C. young Courthouse, 400 West Washington Street, Orlando, Florida 32801.

    c. <u>Insurance</u>. The Trustee shall provide copies of insurance certificates or other evidence of insurance to the Secured Creditors upon request.

    d. <u>Adequate Protection for SummitBridge</u>. In addition to the requirements set forth above, the Trustee shall provide the following to as adequate protection to SummitBridge:

        (i) <u>Financial Reports</u>. No later than the 14th day of each month, the Trustee shall provide to SummitBridge the following reports: (a) a report covering the preceding month utilizing the same format as the Budget, which report shall show actual receipts and expenditures as compared to the budgeted receipts and expenditures, and (b) monthly rent rolls;

(ii) <u>Monthly Payment(s):</u> The Trustee is authorized and directed to make adequate protection payment(s) to SummitBridge in the amount of $7,000.00 US. Monthly adequate protection payments shall be paid while the Trustee operates the business of the debtor, until Summitbridge's mortgage is satisfied through a sale of the property of the estate authorized by this Court, or until this Court rules otherwise.

Attorney, Jules Cohen, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.

{37688689;2}

EXHIBIT A                                                                                               OGP

**Orlando Gateway Partners, LLC**
**March, 2016**

|  | **March** |
|---|---:|
| **Income:** | |
| **Base Rent** | |
| Sixt Rent A Car | 20,833 |
| Clear Channel | 2,509 |
| **Total Base** | **23,343** |
| **CAM Charges** | |
| Sixt Rent A Car | 387 |
| Clear Channel | - |
| **Total CAM Charges** | **387** |
| **Real Estate Taxes** | |
| Sixt Rent A Car | - |
| Clear Channel | - |
| **Total R/E Taxes** | **-** |
| **Sales Tax** | |
| Sixt Rent A Car | 1,379 |
| Clear Channel | - |
| **Total Sales Tax** | **1,379** |
| **Trash Pickup** | |
| Sixt Rent A Car | - |
| Clear Channel | - |
| **Total Trash Pickup** | **-** |

OGP

**Orlando Gateway Partners, LLC**
**March, 2016**

| | **March** |
|---|---:|
| **Total Rent** | |
| Sixt Rent A Car | 22,600 |
| Clear Channel | 2,509 |
| **Total Rental Income** | 25,109 |
| **Plus:** | |
| Additional Rent = % of Sales | |
| Less: | |
| **Total Adjusted Rental Income** | 25,109 |
| **Expenses:** | |
| Account - Tax Preparation | |
| Exterior Maintenance | 500 |
| Fire Sprinkler Monitor & Maintenace | - |
| Insurance | |
| Landscape/Irrigation Maintenance | 1,200 |
| Licenses/Annual Reports | 150 |
| OUC | 5,000 |
| Pest Control | - |
| Phone | - |
| Property Management | 750 |
| Property Taxes | |
| Sales Tax | 1,379 |
| Sales Tax Arrearage-May to Nov 2015 | |
| Commissions - New Tenants | |
| **Total Expenses** | 8,979 |
| **Net Rents** | 16,130 |
| **Beginning Cash Balance** | 124,779 |
| **Ending Cash Balance** | 140,909 |