UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

ORLANDO GATEWAY PARTNERS, LLC

Case No. 6:15-BK-03448-KSJ
Chapter 7

_____Debtor._____/

## RULE 1019 REPORT

**COMES NOW, DEBTOR,** ORLANDO GATEWAY PARTNERS, LLC, by and through its undersigned Counsel, and files this Rule 1019 Report, as follows:

1.  A schedule of all property not listed in the final report and account of the debtor in possession acquired after the commencement of the Chapter 11 case but before the entry of the conversion order: Attached hereto as Schedule A, is a Judgment entered in favor of the Debtor post-petition. This Judgment is thought to be uncollectible. Other than the Judgment included as Schedule A, no changes have occurred in the property owned by the Debtor since the filing of the case other than the amount of cash on hand, which is set forth in the final report filed on February 22, 2016 (E.C.F. # 195), and was $135,173.05 on the date of conversion.

2.  A schedule of unpaid debts not listed in the final report and account of the debtor in possession which were incurred after the commencement of the Chapter 11 case but before the entry of the conversion order – at the time of conversion, several outstanding debts existed that were subsequently paid with court approval per the cash collateral order entered at ECF #180. Attached hereto as Schedule B-1 is a list of all bills that were incurred after the commencement of the case and unpaid as of the date of conversion, excluding sales tax. Attached hereto as Schedule B-2 is a list of sales taxes that were incurred after the commencement of the case and unpaid as of the date of conversion. Attached hereto as Schedule C is a list of all bills that were paid pursuant to the cash collateral order at ECF#180. Attached hereto as Schedule D-1 is a list of all

1

unpaid bills that were incurred after the commencement of the case which remain unpaid, and attached hereto as Schedule D-2 is a list of the sales taxes that remained unpaid (Schedules D-1 and D-2 include those expenses incurred after confirmation but before conversion that were not approved for payment in the cash collateral order at ECF # 180). Schedules D-1 and D-2 include the addresses of the creditors in accordance with Rule 1019(5) – as these are the only creditors with outstanding claims against the estate.

3. A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case is attached hereto as Schedule E.

_____
Orlando Gateway Partners
By: Chittranjan Thakkar
Its: Manager

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

ORLANDO GATEWAY PARTNERS, LLC,
    Plaintiff,

vs.

Case No. 2013-CA-9940-O

Division 35

ARUN KUMAR,
DEAN EDELMAN,
and A AND D FOOD GROUP, LLC
    Defendants.
_____/

## FINAL JUDGMENT

This action was heard on Plaintiff's Motion for Summary Judgment on November 10, 2015, and

IT IS ADJUDGED that:

1. Plaintiff, ORLANDO GATEWAY PARTNERS, LLC, whose address is 17885 Collins Avenue, Unit 4001, Sunny Isles Beach, Florida 33160, recover from Defendants, ARUN KUMAR, DEAN EDELMAN, and A AND D FOOD GROUP, LLC, the sum of:

    A.      $95,334.36 for rent due from October 2012 through February 2013; and

    B.      $1,192.220.92 for the present value of the sum of all future rent due from March 2013 until the end of the lease term; and

    C.      Plaintiff's taxable costs and attorneys' fees.

The total amount of $1,287,555.28 shall bear interest at the rate prescribed by Section 55.03(1), Florida Statutes (2015), for which let execution issue forthwith.

2. The Court retains jurisdiction determine the amount of Plaintiff's taxable costs and attorneys' fees, and to conduct an accounting of money Plaintiff recovers from re-letting the

Schedule A

premises formerly leased by Defendants, if any, and reduce the amount awarded in Paragraph 1.B, above, accordingly.

3. It is further ordered and adjudged that the judgment debtors shall each complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtors to compete Form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor s is not represented by an attorney.

ORDERED at Orlando, Florida this __10__ day of __November__, 2015.

/s/ Donald A. Myers, Jr.
Circuit Judge
The Honorable Donald A. Myers, Jr.
Circuit Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all parties on the following service list in the manner indicated therein this __10__ day of __November__, 2015.

Attorney/Judicial Assistant

Service List:

<u>Via Electronic Mail:</u>

Bradford Petrino, Attorney for Plaintiff
bpetrinio@korshaklaw.com; ikorshak@korshaklaw.com

<u>Via U.S. Mail:</u>

Arun Kumar
261 W 35th St., Room 504, New York, NY 10015

Dean Edelman
2048 Country Club Drive, Port Orange, FL 32128

A and D Food Group, LLC
2048 Country Club Drive, Port Orange, FL 32128

02/20/16

Orlando Gateway Partners-2015
A/P Aging Summary
As of February 10, 2016

|  | Current | 1 – 30 | 31 – 60 | 61 – 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Consulting CFO, Inc. | 5,674.00 | 2,057.25 | 2,156.25 | 1,553.25 | 0.00 | 11,440.75 |
| Dunphy Properties | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 |
| OUC – 1999798405 | 4,699.43 | 0.00 | 0.00 | 0.00 | 0.00 | 4,699.43 |
| Scott Randolph, Tax Colle... | 0.00 | 0.00 | 187,935.48 | 0.00 | 0.00 | 187,935.48 |
| The Total Package | 1,060.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,060.00 |
| TOTAL | 12,183.43 | 2,057.25 | 190,091.73 | 1,553.25 | 0.00 | 205,885.66 |

Schedule B-1

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: Orlando Gateway Partners, LLC    Case Number: 6:15-bk-03448-KSJ

Reporting Period beginning: February 1, 2016    Period ending: February 10, 2016

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Fl. Dept of Revenue | 7/20/15 | June 2015 sales tax | $2,963.61 | | |
| Fl. Dept of Revenue | 8/20/15 | July 2015 sales tax | $1,672.10 | | |
| Fl. Dept of Revenue | 2/20/16 | January 2016 sales tax | $1,920.17 | 1/11/16 | Dec-15 |
| TOTAL | | Estimated Amount Due | $6,555.88 | | |

Schedule B-2

Orlando Gateway Partners-2015
Transactions by Account
As of February 29, 2016

03/11/16

### 5th 3rd Bank Operating

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| General Journal | 02/10/16 | Sixt Wire | | Bank chg and wire fee | √ | Bank Service Char | -45.50 |
| Bill Pmt -Check | 02/19/16 | 1036 | OUC - 1999798405 | OUC - 1999798405 | √ | Accounts Payable | -4,699.43 |
| General Journal | 02/19/16 | Sales Tax | | Nov 2015 Sales and Use Tax | √ | Sales and Use Tax | -8,304.74 |
| General Journal | 02/19/16 | | | Payment per cash collateral on | √ | Summit Bridge Na | -7,000.00 |
| General Journal | 02/19/16 | Wire Reject | | Wire sent on 2/19/16 rejected | √ | Summit Bridge Na | 7,000.00 |
| Bill Pmt -Check | 02/25/16 | 1037 | Consulting CFO, Inc. | | √ | Accounts Payable | -16,940.75 |
| Bill Pmt -Check | 02/25/16 | 1038 | The Total Package | | | Accounts Payable | -1,060.00 |
| Bill Pmt -Check | 02/25/16 | 1039 | Dunphy Properties | | | Accounts Payable | -750.00 |

Total 5th 3rd Bank Operating   -31,800.42

### 5th 3rd Bank - Escrow

| Type | Date | Num | Name | Memo | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| Check | 02/10/16 | | | Service Charge | √ | Bank Service Char | -3.00 |

Total 5th 3rd Bank - Escrow   -3.00

Total Disbursements from 2/10/16 to 2/29/16   -31,803.42

Schedule C

03/11/16

Orlando Gateway Partners-2015
A/P Aging Summary
As of February 29, 2016

|  | Current | 1 – 30 | 31 – 60 | 61 – 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Scott Randolph, Tax Colle... | 0.00 | 0.00 | 187,935.48 | 0.00 | 0.00 | 187,935.48 |
| TOTAL | 0.00 | 0.00 | 187,935.48 | 0.00 | 0.00 | 187,935.48 |

*[handwritten: 2015 Real property taxes]*

*[handwritten:]*
Scott Randolph,
Tax Collecter
PO Box 545100
Orlando Fl 32854

*[handwritten:]* Schedule D-1

## MONTHLY TAX REPORT

Name of Debtor:  Orlando Gateway Partners, LLC    Case Number:  6:15-bk-03448-KSJ

Reporting Period beginning:  February 1, 2016    Period ending:  February 29, 2016

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Fl. Dept of Revenue | 7/20/15 | June 2015 sales tax | $2,963.61 | | |
| Fl. Dept of Revenue | 8/20/15 | July 2015 sales tax | $1,672.10 | | |
| Fl. Dept of Revenue | 3/20/16 | February 2016 sales tax | $1,379.34 | 2/19/16 | Jan-16 |

TOTAL    Estimated Amount Due    $6,015.05

State of Florida - Department of Revenue
Bankruptcy Section
PO Box 6668
Tallahassee FL 32314-6668

Schedule D-2

## Schedule E – Executory Contracts

- The Total Package – landscaping contract
    - 12912 Broakfield, Orlando Fl, 32837
    - Effective date: 12/1/2015; expiration date: month to month
- Wayne Automatic Fire Sprinklers – fire alarm and sprinkler maintenance agreement
    - 222 Capitol Court, Ocoee, FL 34761
    - Effective Date: 6/25/15; expiration date: 7/25/2015
- Wayne Automatic Fire Sprinklers – fire alarm and sprinkler maintenance agreement
    - 222 Capitol Court, Ocoee, FL 34761
    - Effective Date: 9/21/15; expiration date: 10/21/2015
- No leases expired and no new tenants were approved.