UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:   CASE NO.: 6:15-bk-03448-KSJ
Chapter 7

ORLANDO GATEWAY PARTNERS, LLC,

    Debtor.
_____/

**TRUSTEE'S MOTION TO PAY MARKETING EXPENSES**

Emerson C. Noble, Chapter 7 Trustee (the "Trustee") moves the Court to authorize him to pay expenses for selling the property of the estate and says as follows,

1. There is included in the property of the estate approximately 45 acres of land just north of the Orlando International Airport.

2. The Trustee is also the Chapter 7 trustee in the case of Nilhan Hospitality, LLC ("Nilhan"), an affiliate of the Debtor, in this Court. Nilhan owns approximately 15 acres of land developed as a shopping center adjacent to the Debtor's land, (the 45 acres and the 15 acres, collectively, the "Property").

3. The Trustee has filed an Amended Motion to sell the Property in this case and in the Nilhan case with a stalking horse offer to buy the Property for $18 million subject to overbids which the Broker/Auctioneer is generating (Doc. No. 250).

4. The Trustee has employed Ewald Auctions, Inc. as Broker/Auctioneer to sell the Property. The Trustee filed an application to employ Ewald Auctions, Inc. The Court entered an Order authorizing the employment. (Doc. No. 220)

5. The employment agreement provided that the bankruptcy estate would pay expenses of marketing the property up to $25,000. The auctioneer has prepared a marketing plan

{38626827;3}

which the Trustee has approved. Under this plan, the marketing expenses will total an estimated $25,074.98 for the following expenses:

| | |
|---|---:|
| Wall Street Journal Ads (1/4 page)-Southeast Region twice @$ 8,287.49 | $16,574.98 |
| July 7/10, 17 & 24 Orlando Sentinel Online and Print, 1/4 page ad & on-line | $ 4,000.00 |
| July 7/8 & 15 Orlando Business Journal, print and on-line | $ 2,000.00 |
| July 7/5/16 Full Color Flyer for email circulation and website | $ 500.00 |
| July 7/5/16 Internet Advertising: Posted on various websites including LoopNet, Ewald Auctions and local Email blasts | $ 2,000.00 |
| June-July 6/28-30/2016 Public Relations Campaign: Press Release, drafted and out to major outlets, last week in June | -0- |
| Total | $25,074.98 |

6. It is necessary to incur these expenses to adequately market the Property to obtain offers from buyers.

7. In the Amended Motion the Trustee has allocated 49% of the sale proceeds to the part of the Property owned by the Debtor and 51% to the part of the Property owned by Nilhan based upon the Trustee's estimate of the relative value of the parts of the Property owned by the Debtor and by Nilhan.

8. The Trustee is filing a similar motion in the Nilhan case to authorize payment of 51% of the expenses from the Nilhan bankruptcy estate.

9. The Trustee has on hand as of May 31, 2016 in this estate $115,721.72.

Wherefore, the Trustee requests an order of the Court authorizing him to pay 49% of the marketing expenses which is approximately $12,286.74.

DATED:  July 6, 2016.                              Respectfully submitted,

                                                           */s/ Jules S. Cohen*
Jules S. Cohen, Esquire
Florida Bar Number: 014520
Esther McKean, Esquire
Florida Bar Number: 28124
**AKERMAN LLP**
Post Office Box 231
Orlando, FL 32802-0231
Phone: (407) 843-7860
Fax: (407) 843-6610
Email: jules.cohen@akerman.com
Email: esther.mckean@akerman.com
Attorneys for Trustee

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished on July 6, 2016 by first-class United States Mail, postage prepaid to Managing Member, Orlando Gateway Partners, LLC, 5100 Peachtree Industrial Blvd., Norcross, GA 30071 and will be furnished by the Clerk to all parties receiving electronic notice via CM/ECF.

                                                           */s/ Jules S. Cohen*
Jules S. Cohen, Esquire