## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: Orlando Gateway Partners, LLC | } } } } } } } | CASE NUMBER: 6:15-bk-03448 |
| | | JUDGE Karen S. Jennemann |
| DEBTOR. | | CHAPTER 7 |

### DEBTOR'S MONTHLY OPERATING REPORT
### FOR THE PERIOD
FROM   June 1, 2016   TO   June 30, 2016

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/7/16

Emerson C. Noble
Chapter 7 Trustee

Debtor's Address:

Orlando Gateway Partners, LLC
5463 Gateway Vilage Circle
Orlando, FL 32812

Debtor's Attorney:

Malinda Hayes, Esquire
Markarian Frank White-Boyd & Hayes
2925 PGA Blvd, Suite 204
Palm Beach Gardens, FL 33410
561-626-4700

Trustee's Attorney Address
and Phone Number:

Jules S Cohen, Esquire
Esther A Mckean, Esquire
Akerman Senterfitt
Post Office Box 231
420 South Orange Avenue
Orlando, FL 32802

407-423-4000

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1)   Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)   Initial Filing Requirements
3)   Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Orlando Gateway Partners, LLC
Case Number: 6:15-bk-03448-KSJ

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | n/a |  |
| CASH- Beginning of Month (Business) | $115,721.77 |  |
|  |  |  |
| Total Household Receipts | n/a |  |
| Total Business Receipts | 47,356.21 |  |
| Total Receipts | $47,356.21 |  |
|  |  |  |
| Total Household Disbursements | n/a |  |
| Total Business Disbursements | 20,741.70 |  |
| Total Disbursements | $20,741.70 |  |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $26,614.51 |  |
|  |  |  |
| CASH- End of Month (Individual) | n/a |  |
| CASH- End of Month (Business) | $142,336.28 |  |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | n/a |  |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | n/a |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION |  |  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __7th__ day of __July__ 20__16__

_____
Trustee's Signature

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>June 2016 | Chapter 7<br>Cummulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $115,721.77 | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | 47,356.21 | 97,575.09 |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | 0.00 | 96,553.88 |
| **Total Business Receipts** | $163,077.98 | $194,128.97 |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | 1,379.34 | 4,138.02 |
| Taxes Other (attach schedule) | | |
| Property Management | 1,894.25 | 2,644.25 |
| Inventory Purchases | | |
| Secured Payments (Mortgage Payment to Summit Bridge) | 7,000.00 | 28,000.00 |
| Utilities | 9,293.84 | 37,462.77 |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | 960.00 | 1,920.00 |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | 214.27 | 678.34 |
| Other (attach schedule) | | |
| FL Corp Annual Report Fee | 0.00 | 138.75 |
| **Total Business Disbursements** | 20,741.70 | 74,982.13 |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $142,336.28 | $119,146.84 |

I declare under penalty of perjury that this statement and the accompanying documents are reports are true and correct to the best of my knowledge and belief.

This 7TH day of July 2016

Monthly Operating Report

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENT (CONT'D)**

DETAIL OF OTHER RECEIPTS AND DISBURSEMENTS

**OTHER RECEIPTS:**
Describe Each item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| Transfer from Chapter 11 CRO | $0.00 | $96,553.88 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | **$0.00** | **$96,553.88** |

OTHER DISBURSEMENTS:

Describe Each item of Other Disbursement and List Amount of Disbursement.
Write totals on Page MOR-2

| Description | Current Month | Cummulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | | |

**NOTE: Attach to Schedule of Receipts and Disbursements**

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | x |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | x |
| 4. Have any payments been made on pre-petition liabilities this reporting period? (excluding secured debt) | | x |
| 5. Have any post-petition loans been received by the debtor from any party? | | x |
| 6. Are any post-petition payroll taxes past due? | | x |
| 7. Are any post-petition state or federal income taxes past due? | | x |
| 8. Are any post-petition state or local sales taxes past due? | | x |
| 9. Are any post-petition real estate taxes past due? | | x |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | x |
| 11. Are any wage payments past due? | | x |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | x | |
| 2. Are all premium payments current? | x | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Liability and Property Insurance    Chubb Group Ins. Co. | 8/22/15 - 8/22/16 | $1,895.00  annual | none |
| Lee F Murphy Ins Group, Agent  651-644-7200 | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Bank of Kansas City | | | |
| Account Number: | **8092 | | | |
| Purpose of Account (Business/Personal) | Business | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | $142,336.28 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (see below) | $0.00 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | $142,336.28 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $142,336.28 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

OUTSTANDING CHECKS:

 **BANK OF KANSAS CITY**

A division of BOKF, NA
P.O. Box 25961
Overland Park, KS 66225-5961
Member FDIC

PRIMARY ACCOUNT
████8092

Statement Period:
06-01-16 to 06-30-16

0000111 T0925207011604504700 00000 03 000000000 00000712 003 3

ORLANDO GATEWAY PARTNERS LLC DEBTOR
BANKRUPTCY ACCT
EMERSON NOBLE TRUSTEE
CH 7 CASE 15-03448
2572 W STATE RD 426 SUITE 3016
OVIEDO FL  32765

Direct Inquiries To:
Comm'l Client Svcs
800-878-7817

www.bankofkansascity.com

6 Images Provided Page 1 of 6

## TRUSTEE CHECKING ACCOUNT

ACCOUNT: 8092



Statement Period from 06-01-16 through 06-30-16

```
 $   Starting Balance                      115,721.77
 +   2  Deposits                            47,356.21
 -   5  Checks & Withdrawals                20,527.43
 -      Service Fees                           214.27
 =      Ending Balance                     142,336.28
```

 **DEPOSITS**

| Date | | | Amount |
|---|---|---|---|
| 06-01 | INCOMING WIRE/TEL ONLY 000714 SIXT RENT A CAR LLC 026009593BK AMER NYC | | 44,846.77 |
| 06-03 | DEPOSIT BRANCH | 6 | 2,509.44 |

**WITHDRAWALS**

| Date | Amount |
|---|---|
| 06-30 Service Charge | 214.27 |



 **BANK OF KANSAS CITY**

A division of BOKF, NA
P.O. Box 25961
Overland Park, KS 66225-5961
Member FDIC

PRIMARY ACCOUNT
███████3092

Statement Period:
06-01-16 to 06-30-16

ORLANDO GATEWAY PARTNERS LLC DEBTOR
BANKRUPTCY ACCT
EMERSON NOBLE TRUSTEE
CH 7 CASE 15-03448
2572 W STATE RD 426 SUITE 3016
OVIEDO FL  32765

Direct Inquiries To:
Comm'l Client Svcs
800-878-7817

www.bankofkansascity.com

6 Images Provided Page 3 of 6

 CHECKS       (* Indicates a break in check number sequence)
             (RTND Indicates a RETURNED CHECK)

| Date  | Number | Amount   | Date  | Number | Amount   |
|-------|--------|----------|-------|--------|----------|
| 06-07 | 3013   | 1,379.34 | 06-13 | 3016   | 1,894.25 |
| 06-09 | 3014   | 7,000.00 | 06-21 | 3017   | 960.00   |
| 06-13 | 3015   | 9,293.84 |       |        |          |

 DAILY ACCOUNT BALANCE

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 05-31 | 115,721.77 | 06-07 | 161,698.64 | 06-21 | 142,550.55 |
| 06-01 | 160,568.54 | 06-09 | 154,698.64 | 06-30 | 142,336.28 |
| 06-03 | 163,077.98 | 06-13 | 143,510.55 |       |            |

SERVICE FEE BALANCE INFORMATION

| AVG LEDGER BALANCE  | 149,641.02 | AVG COLLECTED BAL | 149,377.53 |
|---------------------|------------|-------------------|------------|
| MINIMUM LEDGER BAL  | 142,550.55 |                   |            |



**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | Bank of Kansas City |
|---|---|
| Account Number | **8092 |
| Purpose of Account (Business) | Chapter 7 operating account |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 3013 | 6/2/16 | Nilhan Hospitality | state sales tax reimbursement | 1,379.34 |
| 3014 | 6/2/16 | SummitBridge | mortgage payment | 7,000.00 |
| 3015 | 6/4/16 | Orlando Utility Commission | utility bill | 9,293.84 |
| 3016 | 6/7/16 | Jones Lang Lasalle | property management fees | 1894.25 |
| 3016 | 6/15/16 | The Total Package | monthly maintenance | 960.00 |
|  | 6/30/16 | Bank of Kansas City | bank fees | 214.27 |
|  |  |  | TOTAL | $20,741.70 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -**                                         **ATTACHMENT NO. 4**
**INDIVIDUAL**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | $0.00 |
| Plus: Billings During the Month | | $47,356.21 |
| Less: Collections During the Month | | ($47,356.21) |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of any adjustment or writeoff.
** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales (paid in current month) | | $1,379.34 |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | $1,379.34 |
| Total Post-Petition Taxes | | $1,379.34 |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month | Month | Month |
|---|---|---|---|
| Accounts Payable Beginning Balance* | 0 | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | 0 | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

**ACCOUNTS PAYABLE LISTING**
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]***

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| SummitBridge (mortgage) | $7,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |