ORDERED.

Dated: July 26, 2016

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re

ORLANDO GATEWAY PARTNERS, LLC,    Case Number 6:15-bk-03448-KSJ
                                  Chapter 7
    Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO PAY MARKETING EXPENSES**

This case came on for hearing on July 13, 2016, on the Trustee's Motion To Pay Marketing Expenses (Doc. No. 252), it is:

ORDERED:

1. The Motion is granted.

2. The Trustee is authorized to pay up to $12,286.74 in marketing expenses.

Attorney Esther McKean is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

{38686596;3}