# EXHIBIT A



**TRUSTPOINT**
INTERNATIONAL

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| | 16-19849 | 7/1/2016 | $487.50 | 7/31/2016 |

Ester McKean
Emerson C. Noble
420 South Orange Avenue
Suite 1200
Orlando, FL 32801

MATTER ID

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| JUNE 2016 | | | |
| Emerson C. Noble as Trustee of Nilhan Hospitality, LLC | | | |
| Onsite Data Collection | 1.5 | 275.00 | 412.50 |
| Forensic Media | 0.5 | 150.00 | 75.00 |

| | | |
|---|---|---|
| Sales Tax | | $0.00 |
| TOTAL | | $487.50 |
| Payments/Credits | | $0.00 |
| Balance Due | | $487.50 |

**PLEASE REMIT PAYMENT TO:**
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

Thank you for choosing TrustPoint International.

OG/Nilhan-TRST000013



**TRUSTPOINT INTERNATIONAL**

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

Ester McKean
Emerson C. Noble
420 South Orange Avenue
Suite 1200
Orlando, FL 32801

| INVOICE NO. | DATE |  BALANCE DUE $487.50 | DUE DATE |
|---|---|---|---|
| 16-19850 | 7/1/2016 | | 7/31/2016 |

MATTER ID

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| JUNE 2016 | | | |
| Emerson C. Noble as Trustee of Orlando Gateway Partners, LLC | | | |
| Onsite Data Collection | 1.5 | 275.00 | 412.50 |
| Forensic Media | 0.5 | 150.00 | 75.00 |

| | | |
|---|---|---|
| Sales Tax | | $0.00 |
| TOTAL | | $487.50 |
| Payments/Credits | | $0.00 |
| Balance Due | | $487.50 |

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

Thank you for choosing TrustPoint International.

OG/Nilhan-TRST000014



**TRUSTPOINT INTERNATIONAL**

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| Emerson C. Noble<br>c/o Esther McKean<br>Akerman LLP<br>420 South Orange Avenue, Suite 1200<br>Orlando, FL 32801 | 16-20281 | 8/23/2016 | $30.40 | 9/22/2016 |
| | MATTER ID | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| JUNE 2016 | | | |
| Emerson C. Noble as Trustee of Nilhan Hospitality, LLC | | | |
| Onsite Data Collection | 1.5 | 275.00 | 412.50 |
| Forensic Media | 0.5 | 150.00 | 75.00 |
| Expenses | 1 | 30.40 | 30.40 |

| | | |
|---|---|---|
| | Sales Tax | $0.00 |
| | TOTAL | $517.90 |
| | Payments/Credits | -$487.50 |
| | Balance Due | $30.40 |

**PLEASE NOTE OUR NEW REMITTANCE DETAILS**

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

Thank you for choosing TrustPoint International.

OG/Nilhan-TRST000016



**TRUSTPOINT**
INTERNATIONAL

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| Emerson C. Noble | 16-20282 | 8/23/2016 | $30.40 | 9/22/2016 |
| c/o Esther McKean | | | | |
| Akerman LLP | MATTER ID | | | |
| 420 South Orange Avenue, Suite 1200 | | | | |
| Orlando, FL 32801 | | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| JUNE 2016 | | | |
| Emerson C. Noble as Trustee of Orlando Gateway Partners, LLC | | | |
| Onsite Data Collection | 1.5 | 275.00 | 412.50 |
| Forensic Media | 0.5 | 150.00 | 75.00 |
| Expenses | 1 | 30.40 | 30.40 |

| | | |
|---|---|---|
| | Sales Tax | $0.00 |
| | TOTAL | $517.90 |
| | Payments/Credits | -$487.50 |
| | Balance Due | $30.40 |

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

Thank you for choosing TrustPoint International.

OG/Nilhan-TRST000017



TRUSTPOINT INTERNATIONAL
3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339
1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|
| 16-20994 | 9/30/2016 | $3,287.31 | 10/30/2016 |

Emerson C. Noble
c/o Esther McKean
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801

MATTER ID

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| SEPTEMBER 2016 | | | |
| Emerson C. Noble as Trustee of Nilhan Hospitality, LLC | | | |
| Forensic Consultant | 7.25 | 350.00 | 2,537.50 |
| Forensic Technician | 0.25 | 275.00 | 68.75 |
| Forensic Media | 2.5 | 150.00 | 375.00 |
| Travel Time | 2 | 125.00 | 250.00 |
| Expenses | 1 | 56.06 | 56.06 |

| | |
|---|---|
| Sales Tax | $0.00 |
| TOTAL | $3,287.31 |
| Payments/Credits | $0.00 |
| Balance Due | $3,287.31 |

**PLEASE NOTE OUR NEW REMITTANCE DETAILS**

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

Thank you for choosing TrustPoint International.

OG/Nilhan-TRST000018



**TRUSTPOINT**
INTERNATIONAL

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| Emerson C. Noble | 16-20996 | 9/30/2016 | $3,287.31 | 10/30/2016 |
| c/o Esther McKean | | | | |
| Akerman LLP | MATTER ID | | | |
| 420 South Orange Avenue, Suite 1200 | | | | |
| Orlando, FL 32801 | | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| SEPTEMBER 2016 | | | |
| Emerson C. Noble as Trustee of Orlando Gateway Partners, LLC | | | |
| Forensic Consultant | 7.25 | 350.00 | 2,537.50 |
| Forensic Technician | 0.25 | 275.00 | 68.75 |
| Forensic Media | 2.5 | 150.00 | 375.00 |
| Travel Time | 2 | 125.00 | 250.00 |
| Expenses | 1 | 56.06 | 56.06 |

| | |
|---|---|
| Sales Tax | $0.00 |
| TOTAL | $3,287.31 |
| Payments/Credits | $0.00 |
| Balance Due | $3,287.31 |

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

Thank you for choosing TrustPoint International.

OG/Nilhan-TRST000019



# TRUSTPOINT INTERNATIONAL

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

Emerson C. Noble
c/o Esther McKean
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801

| INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|
| 16-21603 | 10/31/2016 | $8,286.50 | 11/30/2016 |
| MATTER ID | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| OCTOBER 2016 | | | |
| Emerson C. Noble as Trustee of Nilhan Hospitality, LLC | | | |
| Forensic Consultant | 10.25 | 350.00 | 3,587.50 |
| Expert Witness | 6.25 | 450.00 | 2,812.50 |
| Travel Time | 7 | 125.00 | 875.00 |
| Expenses | 1 | 1,011.50 | 1,011.50 |

| | |
|---|---|
| Sales Tax (0.00) | $0.00 |
| TOTAL | $8,286.50 |
| Payments/Credits | $0.00 |
| Balance Due | $8,286.50 |

Thank you for choosing TrustPoint International.

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382



**TRUSTPOINT INTERNATIONAL**

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| Emerson C. Noble | 16-21604 | 10/31/2016 | $8,286.50 | 11/30/2016 |
| c/o Esther McKean | | | | |
| Akerman LLP | MATTER ID | | | |
| 420 South Orange Avenue, Suite 1200 | | | | |
| Orlando, FL 32801 | | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| OCTOBER 2016 | | | |
| Emerson C. Noble as Trustee of Orlando Gateway Partners, LLC | | | |
| Forensic Consultant | 10.25 | 350.00 | 3,587.50 |
| Expert Witness | 6.25 | 450.00 | 2,812.50 |
| Travel Time | 7 | 125.00 | 875.00 |
| Expenses | 1 | 1,011.50 | 1,011.50 |

| | |
|---|---|
| Sales Tax (0.00) | $0.00 |
| TOTAL | $8,286.50 |
| Payments/Credits | $0.00 |
| Balance Due | $8,286.50 |

Thank you for choosing TrustPoint International.

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382



**TRUSTPOINT INTERNATIONAL**

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA  30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

Emerson C. Noble
c/o Esther McKean
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801

| INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|
| 16-21856 | 11/15/2016 | $487.50 | 12/15/2016 |

MATTER ID

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| NOVEMBER 2016 | | | |
| Emerson C. Noble as Trustee of Nilhan Hospitality, LLC | | | |
| Forensic Technician | 1.5 | 275.00 | 412.50 |
| Forensic Media | 0.5 | 150.00 | 75.00 |

| | | |
|---|---|---|
| Sales Tax | | $0.00 |
| TOTAL | | **$487.50** |
| Payments/Credits | | $0.00 |
| Balance Due | | **$487.50** |

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

**WIRE/ACH Payments**
Routing/ABA #: 121000248
Account #: 4899124382

Thank you for choosing TrustPoint International.



**TRUSTPOINT INTERNATIONAL**

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

Emerson C. Noble
c/o Esther McKean
Akerman LLP
420 South Orange Avenue, Suite 1200
Orlando, FL 32801

| INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|
| 16-21858 | 11/15/2016 | $487.50 | 12/15/2016 |
| MATTER ID | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| NOVEMBER 2016 | | | |
| Emerson C. Noble as Trustee of Orlando Gateway Partners, LLC | | | |
| Forensic Technician | 1.5 | 275.00 | 412.50 |
| Forensic Media | 0.5 | 150.00 | 75.00 |

| | |
|---|---|
| Sales Tax | $0.00 |
| TOTAL | **$487.50** |
| Payments/Credits | $0.00 |
| Balance Due | **$487.50** |

Thank you for choosing TrustPoint International.

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382



3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| | 16-22151 | 11/30/2016 | $6,276.81 | 12/30/2016 |

Emerson C. Noble
c/o Esther McKean
Akerman LLP                             MATTER ID
420 South Orange Avenue, Suite 1200
Orlando, FL 32801

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| NOVEMBER 2016 | | | |
| Emerson C. Noble as Trustee of Nilhan Hospitality, LLC | | | |
| Forensic Consultant | 4 | 350.00 | 1,400.00 |
| Expert Witness | 10.5 | 450.00 | 4,725.00 |
| Travel Time | 1 | 125.00 | 125.00 |
| Expenses | 1 | 26.81 | 26.81 |

| | | |
|---|---|---|
| Sales Tax | | $0.00 |
| TOTAL | | $6,276.81 |
| Payments/Credits | | $0.00 |
| Balance Due | | $6,276.81 |

**PLEASE NOTE OUR NEW REMITTANCE DETAILS**

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
PO Box 101920
Atlanta, GA 30392-1920

WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382

Thank you for choosing TrustPoint International.



**TRUSTPOINT INTERNATIONAL**

3200 Cobb Galleria Pkwy
Suite 200
Atlanta, GA 30339

1.855.669.1205 Ext. 1
tpi.billing@trustpointintl.com

# Invoice

| | INVOICE NO. | DATE | BALANCE DUE | DUE DATE |
|---|---|---|---|---|
| Emerson C. Noble | 16-22152 | 11/30/2016 | $6,276.81 | 12/30/2016 |
| c/o Esther McKean | | | | |
| Akerman LLP | MATTER ID | | | |
| 420 South Orange Avenue, Suite 1200 | | | | |
| Orlando, FL 32801 | | | | |

| TASK | UNIT | RATE | SUBTOTAL |
|---|---|---|---|
| NOVEMBER 2016 | | | |
| Emerson C. Noble as Trustee of Orlando Gateway Partners, LLC | | | |
| Forensic Consultant | 4 | 350.00 | 1,400.00 |
| Expert Witness | 10.5 | 450.00 | 4,725.00 |
| Travel Time | 1 | 125.00 | 125.00 |
| Expenses | 1 | 26.81 | 26.81 |

| | | |
|---|---|---|
| | Sales Tax | $0.00 |
| | TOTAL | **$6,276.81** |
| | Payments/Credits | $0.00 |
| | Balance Due | **$6,276.81** |

**\*\*PLEASE NOTE OUR NEW REMITTANCE DETAILS\*\***

Invoices that remain unpaid for more than 30 days after their stated due date will accrue interest on the outstanding balance at a rate of 1.5% per month.

PLEASE REMIT PAYMENT TO:
**PO Box 101920
Atlanta, GA 30392-1920**

**WIRE/ACH Payments
Routing/ABA #: 121000248
Account #: 4899124382**

Thank you for choosing TrustPoint International.